UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
 :
                Plaintiff, :
 :
         -against- :    Civil Action No. 05-4559
 :    (DRH) (WDW)
TOWN OF HUNTINGTON & :
HUNTINGTON YOUTH BUREAU :    DECLARATION OF
YOUTH RESEARCH INSTITUTE, INC. :    MONIQUE J. ROBERTS
 :
                Defendant. :
-----------------------------------------------------------x

       MONIQUE J. ROBERTS, declares, under penalty of perjury:

       1.    I am an attorney for the Equal Employment Opportunity Commission (EEOC), and have personal knowledge of the facts set forth in this Declaration, the source of my knowledge being the files and records maintained by EEOC in this matter.

       2.    I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment and to furnish the Court with exhibits cited in the Plaintiff EEOC's Statement of Material Disputed Facts in Opposition to Defendants' Motions for Summary Judgment and Plaintiff EEOC's Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment.

       3.    Annexed as Exhibit 1 is a true and accurate copy of excerpts from the transcript of the deposition of Janie Schmidt taken in this matter on March 15, 2006, July 19, 2006 and August 10, 2006. Excerpts of the transcript from the March 15, 2006 deposition include pertinent transcript pages between 1 and 199; excerpts of the transcript from the July 19, 2006 deposition include pertinent transcript pages between 200 and 455 and excerpts of the transcript from the August 10, 2006 deposition include pertinent transcript pages between 456 and 554.

4. Annexed as Exhibit 2 is a true and accurate copy of excerpts from the transcript of the deposition of Pasty Hirschhorn taken in this matter on August 2, 2006 and August 24, 2006. Excerpts of the transcript from the August 2, 2006 deposition include pertinent transcript pages between 1 and 210 and excerpts of the transcript from the August 24, 2006 deposition include pertinent transcript pages between 211 and 455.

5. Annexed as Exhibit 3 is a true and accurate copy of excerpts from the transcript of the deposition of Anthony Zenkus taken in this matter on July 12, 2006.

6. Annexed as Exhibit 4 is a true and accurate copy of excerpts from the transcript of the deposition of Maria Georgiou taken in this matter on July 28, 2006.

7. Annexed as Exhibit 5 is a true and accurate copy of excerpts from the transcript of the deposition of Janine Salgado taken in this matter on September 7, 2006.

8. Annexed as Exhibit 6 is a true and accurate copy of excerpts from the transcript of the deposition of Timothy Sweeney taken in this matter on September 14, 2006

9. Annexed as Exhibit 7 is a true and accurate copy of the Affidavit of Janie Schmidt dated May 9, 2004.

10. Annexed as Exhibit 8 is a true and accurate copy of the Affidavit of Timothy Sweeney dated February 24, 2004.

11. Annexed as Exhibit 9 is a true and accurate copy of a memorandum dated February 6, 2003 from Anthony Zenkus to Jennifer Grosser and Lizabeth Graeve, produced by Defendants, identified as deposition Exhibit 7A at the deposition of Anthony Zenkus and bearing page number 1182.

12. Annexed as Exhibit 10 is a true and accurate copy of pertinent personnel records for Jennifer Grosser, produced by Defendants and bearing page numbers 5893 and 5896.

13. Annexed as Exhibit 11 is a true and accurate copy of the Sanctuary Transitional Independent Living Skills Program (STILS) 2004 Annual Program Report, produced by Defendants, identified as deposition Exhibit 55 at the deposition of Patsy Hirschhorn and bearing page numbers 1196-1200.

14. Annexed as Exhibit 12 is a true and accurate copy of the application for funding from the New York State Office of Children and Family Services (OCFS) for the Independent Living Skills Counselor position in Defendants' Project Sanctuary, also referred to as the Town of Huntington Youth Bureau/Youth Board STILS (Sanctuary Transitional Independent Living Skills) Program Narrative for 2003, produced by Defendants, identified as deposition Exhibit 3 at the deposition of Patsy Hirschhorn and bearing page numbers 205-213.

15. Annexed as Exhibit 13 is a true and accurate copy of excerpts from the Family Social Work Counselor Logbook, produced by Defendants, and identified as deposition Exhibit 6 at the deposition of Patsy Hirschhorn.

16. Annexed as Exhibit 14 is a true and accurate copy of the STATS Description, produced by Defendants and identified as deposition Exhibit A at the deposition of Janie Schmidt.

17. Annexed as Exhibit 15 is a true and accurate copy of the New York State Office of Children and Family Services (OCFS) Inspection Report dated May 23, 2003 and addressed to Patsy Hirschhorn, Youth Project Director, Town of Huntington Youth Bureau, produced by Defendants and bearing page number 4645-4648

18. Annexed as Exhibit 16 is a true and accurate copy of the STILS 2003 Program Annual report, produced by Defendants, identified as deposition Exhibit 10 at the deposition of Anthony Zenkus and bearing page numbers 1192-1194.

19. Annexed as Exhibit 17 is a true and accurate copy of a memorandum dated September 17, 2003 from Janie Schmidt to Anthony Zenkus, produced by Defendants, identified as deposition Exhibit PPP at the deposition of Janie Schmidt and bearing page numbers EE0189-EE0190.

20. Annexed as Exhibit 18 is a true and accurate copy of an Interoffice Memorandum dated September 26, 2003 from Pasty Hirschhorn to Maria Georgiou, produced by Defendants, identified as deposition Exhibit 66 at the deposition of Patsy Hirschhorn and bearing page numbers 176-177.

21. Annexed as Exhibit 19 is a true and accurate copy of Defendants' July 23, 2004 nine-page Position Statement provided to EEOC as Defendants' response to the Charge of Discrimination filed by Janie Schmidt, bearing page numbers EEO17-EEO25.

22. Annexed as Exhibit 20 is a true and accurate copy of Defendants' September 17, 2003 evaluation of Janie Schmidt, produced by Defendants, identified as deposition Exhibit OOO at the deposition of Janie Schmidt and bearing page number EE0187-EE0188.

23. Annexed as Exhibit 21 is a true and accurate copy of a Memorandum of Warning dated April 21, 2003 from Anthony Zenkus to Janie Schmidt, produced by Defendants, identified as deposition Exhibit 30 at the deposition of Anthony Zenkus and bearing page number 125.

24. Annexed as Exhibit 22 is a true and accurate copy of a letter dated May 8, 2003 from Janie Schmidt to Maria Georgiou, identified as deposition Exhibit KKK at the deposition of Janie Schmidt and bearing page numbers EE0182-EE0183.

25. Annexed as Exhibit 23 is a true and accurate copy of the STILS 2003 Program Annual Report for the Defendants' Project Sanctuary Family Social Work Counselor position,

produced by Defendants, identified as deposition Exhibit 26 at the deposition of Patsy Hirshhorn and bearing page numbers 1206-1210.

26. Annexed as Exhibit 24 is a true and accurate copy of a Memorandum dated September 3, 2003 from Anthony Zenkus to Janie Schmidt, produced by Defendants, identified as deposition Exhibit 31 at the deposition of Anthony Zenkus and bearing page number 169.

27. Annexed as Exhibit 25 is a true and accurate copy of the STILS 1996 Process Objectives, produced by Defendants and bearing page numbers 1550-1551.

28. Annexed as Exhibit 26 is a true and accurate copy of document written by Anthony Zenkus, produced by Defendants, identified as deposition Exhibit 34 at the deposition of Anthony Zenkus and bearing page numbers 184-187.

29. Annexed as Exhibit 27 is a true and accurate copy of an October 2, 2003 memorandum from Lizabeth Graeve and Jennifer Grosser to Patsy Hirschhorn with their notes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2007
New York, New York

Monique J. Roberts