```
                            Hirschhorn              355
 1

 2    September 24th, correct?

 3        A.    Correct.

 4        Q.    The reason you gave during the meeting for

 5    terminating Miss Schmidt's employment was that she

 6    hadn't met the 40 number in terms of providing

 7    services to 40 youths, providing intensive

 8    case-management services to 40 youths, correct?

 9        A.    Not just not reaching that goal but being

10    so far short of that goal.

11        Q.    And did you specifically go into what you

12    mean by being so far short of meeting that goal?

13        A.    I don't remember that.

14        Q.    Did you ever tell Miss Schmidt during the

15    meeting that you would give her a negative reference

16    if she didn't quit?

17        A.    Absolutely not.  And I am outraged that

18    she would say I said that because I did not say that

19    and I would never say that and that's not the truth.

20    It was not said.

21        Q.    Who prepared the letter of termination?

22        A.    Anthony Zenkus.

23        Q.    And Anthony Zenkus gave Miss Schmidt the

24    letter of termination, correct?

25        A.    Yes.
```

356

1                    Hirschhorn              356

2          MS. WONG:  Can we have this marked as

3       Hirschhorn Exhibit 66 and handed to the

4       witness.

5          (Hirschhorn Exhibit 66, document Bates

6       stamped 176 through 177, marked for

7       identification, as of this date.)

8          MS. WONG:  For the record, what has been

9       marked as Hirschhorn Exhibit number 66 is a

10      two-page document Bates labeled 176 to 177.

11      Q.   Can you identify this document as your

12   interoffice memorandum to Maria Georgiou dated

13   September 26, 2003?

14      A.   Yes.

15      Q.   And you provided this interoffice

16   memorandum to Miss Georgiou the day after you fired

17   Miss Schmidt, correct?

18      A.   Correct.

19      Q.   Why did you provide this interoffice

20   memorandum to Miss Georgiou?

21      A.   It seemed like the appropriate,

22   professional thing to do.

23      Q.   Did Miss Georgiou ask for this memo?

24      A.   No.

25      Q.   What was your purpose in putting together

1                    Hirschhorn            357

2    this interoffice memorandum?

3        A.   Again, it seemed the appropriate,

4    professional thing to do.

5        Q.   Why did it seem the appropriate,

6    professional thing to do?

7        A.   Because Miss Georgiou is the director of

8    the agency.  I report directly to her.  This was a

9    significant event in the agency.  I knew that she

10   would want to discuss it with me when I had my

11   supervision with her, so I gave it to her in advance

12   of that supervision.

13       Q.   Was this interoffice memorandum to

14   memorialize all that had transpired during your

15   meeting with Miss Schmidt about her termination?

16       A.   I don't know that it was to memorialize

17   it.  As I said, it was to professionally report it

18   to my supervisor.

19       Q.   And this interoffice memorandum concerns

20   the reason for terminating Miss Schmidt's

21   employment, correct?

22       A.   Correct.

23       Q.   And this memorandum reports all that you

24   felt was important for Miss Georgiou to know

25   concerning Miss Schmidt's termination, correct?

358

Hirschhorn                    358

1

2      A.   At the time I prepared it, it seemed to be

3   as complete a report as I felt she would need prior

4   to my supervision.

5      Q.   You can set this document aside.

6   Actually, let me just refer you back to this

7   exhibit.  Is there any notation anywhere in the memo

8   about what specific directions Miss Schmidt failed

9   to comply with in order to increase her case

10  numbers?

11     A.   I don't see a reference to specific

12  directions that she did not follow.

13     Q.   I want to direct your attention to the

14  second paragraph of this interoffice memorandum.

15  You noted that just prior to Miss Schmidt's

16  September 17th performance appraisal, you performed

17  a spot check of nine of her case files, correct?

18     A.   That is correct.

19     Q.   And from your spot check, you ascertained

20  that four had only been seen one time?

21     A.   Four of the nine that were spot checked.

22     Q.   And the other five had been seen more than

23  once then?

24     A.   That would appear to be true.

25     Q.   And you are saying the four in your memo

1

2    on the second page of this exhibit, number 69, does

3    the response state all the facts that support the

4    basis for terminating Miss Schmidt's employment?

5         A.   I believe so.

6         Q.   Directing your attention to Interrogatory

7    Number 6, did you review case files in response to

8    this question?

9         A.   I reviewed case files for 2003.  I relied

10   on the reports that had been filed previously for

11   the other years' numbers.

12        Q.   Why didn't you review the case files for

13   the other years?

14        A.   Because the reports were already official

15   documents.

16        Q.   And did you believe that you could rely on

17   those reports that are official documents?

18        A.   We had put them on record, and that was

19   the reported number.

20        Q.   Okay.  So in terms of the 44 clients that

21   were served in 2000, what services were provided to

22   them by Miss Schmidt?

23        A.   I don't have the report in front of me.  I

24   cannot tell you that.

25        Q.   What report are you relying on to get that

```
 1                    Hirschhorn            370

 2    number 44?

 3         A.    The number 44, then that next number 44,

 4    the 27 and the 28 would all be from the OCFS Annual

 5    Reports.

 6         Q.    So whatever services are stated in the

 7    Annual Reports for those years, 2000 through 2002,

 8    would be the services that the number of clients

 9    listed here received?

10         A.    That's the report that exists for those

11    years, so that's the numbers that are reflected in

12    this document.  Those are the official numbers for

13    the project for those years because they're the ones

14    that had gone on file to OCFS.

15         Q.    And my question to you is, what services

16    speak specifically to 2000 for the time that the 44

17    clients received?

18         A.    I can't answer without the case files.

19         Q.    And you didn't review the case files in

20    responding to this interrogatory, correct?

21         A.    As I said before, I did not.  I relied on

22    the fact that we had filed official reports and the

23    reports that were official of the numbers that were

24    contained in them contained likewise in this

25    document.
```

```
 1                    Hirschhorn              382

 2     report, you had already reviewed case files to

 3     ascertain that indeed 28 individuals had received

 4     intensive case-management services; is that correct?

 5          A.   No.  As I have said before, they had

 6     received some form of counseling individually.

 7          Q.   You testified that in 2003 you started

 8     reviewing case files to determine which ones

 9     received intensive case-management services, right?

10          A.   I did a spot check in 2003.

11          Q.   So when you compiled a report in 2004 for

12     2003 and you had to note the number of clients who

13     received intensive case-management services, did you

14     then verify from the case files that 28 individuals

15     received intensive case-management services?

16          A.   We verified that 28 had case files opened

17     and received some individual counseling.

18          Q.   Let me direct your attention to Hirschhorn

19     Exhibit Number 5.  Just to be clear, in 2003 you had

20     discovered that not every client that has been

21     logged in the logbook received intensive

22     case-management services; is that correct?

23          A.   I believe so.

24          Q.   And you know that the Program Annual

25     Report requires you to note the number of
```

1                    Hirschhorn              383

2     individuals who received intensive case-management

3     services, right?

4          A.   Right.

5          Q.   Okay.  So in 2004 when the report was put

6     together for what services had been provided in

7     2003, there should have been a determination as to

8     the actual number of youth provided intensive case-

9     management services, right?

10         A.   That would have made it a more accurate

11    report, yes.

12         Q.   And now directing your attention to the

13    second page of Hirschhorn Exhibit Number 5, which is

14    Bates labeled 1193, the first sentence reads,

15    "Independent Living Skills counseling and intensive

16    case-management were provided to 28 youth in 2003,"

17    correct?

18         A.   Right, and it should have said 40.

19         Q.   What should have, where?

20         A.   Independent Living Skills counseling, and

21    it should have said, or intensive case management

22    was provided, it should have said that.

23         Q.   Why should it say when you have to provide

24    intensive case-management services to at least 40

25    clients?

384

1                   Hirschhorn            384

2        A.    Because that objective was not met, but

3   counseling or intensive case management was provided

4   to 28 youth.

5        Q.    And how many youths received intensive

6   case-management services?

7        A.    I don't have that information in front of

8   me.

9        Q.    And this report doesn't say that, does it?

10       A.    It does not state that.

11       Q.    And you know that the funding requires

12  intensive case-management services, not other

13  counseling, but intensive case management --

14       A.    I have no --

15       Q.    Let me finish my question.

16             -- only to at least 40 youths, right?

17       A.    Yes.

18       Q.    So that information which is the whole

19  objective, one of the principles --

20       A.    Right.

21       Q.    Would it be fair to say that one of the

22  main objectives and requirements for the OCFS

23  funding is to provide intensive case-management

24  services to at least 40 youths?

25       A.    Yes.

Hirschhorn                385

2    Q.   So that critical piece of information at
3    least had been accurately reflected in this report,
4    correct?
5    A.   Yes, and it should say "or" instead of
6    "and" there.
7    Q.   Okay.  And --
8    A.   Or, and/or.
9    Q.   Anywhere in this report do you see that
10   that very important piece of information that should
11   have been included which is the exact number of
12   youth who received intensive case-management
13   services?
14   A.   I don't see that number, but I do see the
15   next paragraph here from the bottom, the Independent
16   Living Skills Program did not meet its program
17   objectives for the second year in a row.
18   Q.   Okay.  And the Independent Living Skills
19   Counseling position was not lost on account of this
20   goal not having been met, right?
21   A.   The OCFS grant was not lost.  However, we
22   did lose the federal grant which was a third of
23   payment for the Stils position.
24   Q.   But in terms of the OCFS funding, which is
25   the only grant that requires 40 youths to be

386

                    Hirschhorn            386

1

2      provided intensive case-management services, that

3      grant was not lost?

4          A.   That grant was not lost.

5          Q.   Do you know whether the seven clients that

6      were served by Miss Schmidt's replacement received

7      intensive case-management services?

8          A.   Without looking at it, I cannot tell you

9      for sure.

10         Q.   Did you have any conversations with Mr.

11     Zenkus about this report?

12         A.   When you speak of conversations, I'm not

13     sure what you mean.

14         Q.   Did you talk to Mr. Zenkus at all about

15     this Annual Report?

16         A.   Certainly.

17         Q.   Did you tell him that he needed to note

18     the number of youths who received intensive

19     case-management services?

20         A.   I told him that he needed to report as

21     accurately as he could about the program and that he

22     also needed to keep in mind that we needed to be

23     mindful of the fact that we were very deficient and

24     that he needed to be as accurate as he could but

25     also to be mindful that we don't want to stress so

387

1                      Hirschhorn              387

2     much how badly we have been doing but how we intend

3     to do better.

4          Q.   Did you ever tell him that he should

5     identify the number of youths who received intensive

6     case-management services in 2003?

7          A.   I don't know that I ever told him to

8     separate those from the counseling.

9          Q.   Did you ever tell him that he could

10    include it all together?

11         A.   I don't believe so.  And I don't believe

12    that that was his intention to do that.  I think it

13    was a typo, same as "Sanctugary" is another typo.

14         Q.   I understand, but I also have noted that

15    one of the primary requirements of the OCFS grant is

16    to provide intensive case-management services to 40

17    people, and that information itself should have been

18    provided, right?

19         A.   Yes.

20         Q.   And it hasn't been provided anywhere in

21    this report, right?

22         A.   It is not certain that it is provided

23    nowhere in the first, but it's mixed with counseling

24    in the after.

25         Q.   Tell me where you find the information

                        Hirschhorn              388

 2   specifically about the number of youths that

 3   received intensive case-management services.

 4         A.   I don't find that.

 5         Q.   You can set it aside.  Miss Schmidt's

 6   replacement is Elizabeth Brown, correct?

 7         A.   That was the person that came in December,

 8   yes.

 9         Q.   Was it Mr. Zenkus's recommendation that

10   Miss Brown be hired?

11         A.   Yes.  The Project Director always is the

12   person who makes the first recommendation of who

13   would be hired.

14         Q.   Did you interview Miss Brown for the

15   position?

16         A.   I believe I did participate in the second

17   interview that he did with her, I'm not 100 percent

18   sure, but I believe so.

19         Q.   Was it Mr. Zenkus who extended the offer

20   to Miss Brown ultimately?

21         A.   Yes.

22         Q.   Miss Brown, when she was hired, she was in

23   her 20s; is that fair to say?

24         A.   I don't know.  I know her to be a recent

25   college graduate, I don't know if she had

394

1                    Hirschhorn              394

2       A.    Correct.

3             MS. WONG:   I have already, I believe,

4       called for the production of it, but I will

5       reiterate my request for such production of the

6       applications for the OCFS funding for the

7       Sanctuary Family Social Worker position for the

8       relevant time period.

9       Q.    In 2003 the Family Social Worker failed to

10   meet the program objective for the OCFS funding; is

11   that correct?

12      A.    That is correct.

13      Q.    How did you arrive at the number 61 as the

14   number of clients served by the Runaway Social

15   Worker in 2001?

16      A.    That was through a count of the statistics

17   that had been kept by the Runaway Social Worker in

18   the logbook, and also by the reports that had been

19   filed to Office of Children -- no, Association for

20   Families and Youth, I think, anyway, the federal

21   agency that provides the money.

22      Q.    The Basic Center grant?

23      A.    The Basic Center grant, right.  And it

24   would have been, it's a cooperative number, the 44

25   the 29 and the 61 would be the total number of youth

438

Hirschhorn                    438

1

2      A.    They did talk to me a little bit about

3   that.  And what I remember is that I said yes, I did

4   suggest to him that he speak to Janie first.  I

5   didn't say give a memo and then speak to her and

6   give a memo to them and then speak to them and how

7   to divide up and name names differently as to what

8   his direction from me was, memo every worker, so

9   it's specific and they know what their talking

10   about, schedule a time to talk with each worker, but

11   start with Janie because she's been here the

12   longest, the others have been in their positions a

13   shorter period of time and then move on to them.

14          And I explained that to them, although I

15   thought it had been explained to them earlier, I did

16   go over that with them as they still at this time

17   seemed to be, they were very concerned and very

18   upset seeming with him.

19      Q.    When you said you thought it had been

20   explained earlier to them about the memo situation,

21   who did you think had earlier explained it to them?

22      A.    Anthony.

23      Q.    And why did you think Anthony Zenkus had

24   explained it to them?

25      A.    Because I believe he and I discussed that

449

1                     Hirschhorn            449

2        the book?  Let's see if we can find 55.

3   EXAMINATION BY MR. STOLZER:

4        Q.    You testified about that document when

5   Miss Wong was asking you questions the last time; do

6   you have any additional testimony after

7   reconsidering?

8        A.    Yes.  I did go back and review because it

9   was troubling to me that there was a number 45 and

10  there was a number 31 and 13, which could in no way

11  add up to be 45.  So I did go back for the year 2004

12  and go through every Stils case file that had been

13  opened.

14            And once again, we had typos that were

15  included, unfortunately, in a report that went in.

16  The correct number should have been 35 youth in the

17  first instance where it had 31, and where it says an

18  additional 13 youth, it should have said an

19  additional 10 youth.  And that was verified by

20  reviewing every case record that was included in the

21  count of 45.

22        Q.    Anything else you want to add?

23        A.    No.

24            MR. STOLZER:  Okay, thank you.

25            MS. WONG:  Just a quick follow-up to that.

450

1                    Hirschhorn              450

2    FURTHER EXAMINATION BY MR. WONG:

3         Q.    So are you saying that 35 individuals

4    received intensive case-management services in 2004?

5         A.    Yes.

6         Q.    Is that 35 receiving intensive case

7    management or counseling or just intensive case

8    management?

9         A.    Actually received intensive case

10   management.  When I went back through and counted,

11   they did receive, 35 did receive intensive case

12   management.

13        Q.    And when you say when you went back and

14   counted, you reviewed all the case files?

15        A.    I pulled out every case file and went

16   through and I looked through the closing summaries

17   and also the case notes.

18        Q.    And the 10 youths received what kind of

19   services?

20        A.    Brief services.

21        Q.    But the 35 who received intensive

22   case-management services still is short of the 40

23   that are required to receive intensive

24   case-management services?

25        A.    That's true.

# EXHIBIT 3

1

1                                                                     1

2

3     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

4     ---------------------------------x

5     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

6

7                        Plaintiff,

8          -against-

9                     05 CV 4559
                       (DRH)(WDW)

10    TOWN OF HUNTINGTON and HUNTINGTON
      YOUTH BUREAU YOUTH RESEARCH

11    INSTITUTE, INC.,

12

13                    Defendants.

14

15    ---------------------------------x

16

17             DEPOSITION OF ANTHONY ZENKUS

18          Wednesday,  July 12, 2006

19            New York, New York

20

21

22

23    REPORTED BY:

24

25    Holly Hough

2

1                                                              2

2

3

4

5

6                           July 12, 2006

7                           9:40 a.m.

8

9

10

11

12

13

14          Deposition of ANTHONY ZENKUS, taken by

15

16     Plaintiff, pursuant to Subpoena, at the offices of

17

18     Equal Employment Opportunity Commission, 33

19

20     Whitehall Street, New York, New York, before Holly

21

22     Hough, a Shorthand Reporter and Notary Public within

23

24     and for the State of New York.

25

Zenkus 7/12/06

16

```
 1                    Zenkus              16

 2   know that everything that I brought with me was

 3   everything that I needed to bring with me as far as

 4   papers.  There's a chance they exist, and if I find

 5   them, you will have them.

 6        Q.   Okay, yes.  I would like that you provide

 7   them to me as soon as you find them, all right?

 8        A.   Yeah, no problem.

 9        Q.   I just want to go over your background a

10   bit.  When were you born?

11        A.   1964, October 3rd.

12        Q.   Do you play in a band?

13        A.   Yeah.

14        Q.   What's the name of the band?

15        A.   Right now I'm in a band called the Murena

16   Project.

17        Q.   What kind of music do you perform?

18        A.   Pop rock.

19        Q.   And do you play an instrument with the

20   band?

21        A.   I play keyboards.

22        Q.   Did you previously belong to another band?

23        A.   Yeah.

24        Q.   What is the name of that band?

25        A.   Joe Lies.
```

Zenkus 7/12/06

25

1                    Zenkus              25

2   Now you went from being a Substance Abuse Case

3   Coordinator for the Coalition on Child Abuse &

4   Neglect to working at the Sanctuary Project?

5        A.    Yes.

6        Q.    How did you go about getting your job at

7   the Sanctuary Project?

8        A.    I received a phone call from Karen Haber.

9   I can't remember the date, but I can remember what I

10  was doing was at a fund-raising event.  Now it's

11  referred to as --

12       Q.    That's fine.

13       A.    It was a fund-raising event.  And Karen

14  Haber called me to let me know there was a position

15  available.  Actually, she let me know there were two

16  positions that they were looking at.  I think at the

17  time the Director of Drug and Alcohol, and then the

18  Director of Sanctuary, or maybe the Drug and Alcohol

19  was filled.  I wasn't interested in leaving my

20  position at the time where I was.  She was

21  encouraging me to take it.

22       Q.    And what is Karen Haber's position?

23       A.    She is either Director or Executive

24  Director of YDA, East Northport office, CYA, I'm not

25  sure how you want to refer to it, but Youth

Zenkus 7/12/06

26

```
1                      Zenkus               26

2    Directions and Alternatives.

3        Q.   And what did you do after receiving the

4    call from Karen Haber about the opening at the Youth

5    Bureau?

6        A.   I don't recall.  I don't believe I put my

7    resume in right away.  I think she spoke to me again

8    because I really wasn't in a position to, I wasn't

9    looking for another job and I wasn't sure that I

10   wanted to go back to the Youth Bureau either.

11       Q.   At some point did you then decide to apply

12   for the position at the Sanctuary Project?

13       A.   Yes, I did.

14       Q.   How did you go about applying for the job

15   at the Sanctuary Project?

16       A.   I really don't remember.  I guess I

17   submitted a resume and waited to hear.  I really

18   don't recall.

19       Q.   You don't recall the process at all?

20       A.   No.

21       Q.   Do you recall whether you interviewed with

22   anyone for the position?

23       A.   Yes.

24       Q.   Who did you interview with?

25       A.   I interviewed with Patsy Hirschhorn.
```

27

1                           Zenkus                    27

2          Q.   Do you recall Patsy Hirschhorn's title at

3     the time when she interviewed you?

4          A.   No.

5          Q.   Did you interview with anyone else other

6     than with Miss Hirschhorn?

7          A.   I don't know.  I can't recall.  I don't

8     believe so.  I don't think so.

9          Q.   Do you recall who extended you the job

10    offer to work at the Sanctuary Project?

11         A.   Patsy Hirschhorn.

12         Q.   And when did you accept the offer?

13         A.   I don't remember.  You mean the date?  I'm

14    clarifying your question.  Do you want to know what

15    date I accepted?

16         Q.   Actually, let me ask a different question.

17    When did you start working at the Sanctuary Project?

18         A.   December 9, 2002.

19         Q.   And what was your title at the Sanctuary

20    Project?

21         A.   Project Director.

22              MS. WONG:  I'd like to have this marked as

23         Zenkus Exhibit 3 and shown to the witness.

24              (Zenkus Exhibit 3, document Bates stamped

25         6015, marked for identification, as of this

28

1                          Zenkus              28

2        date.)

3            MS. WONG:  For the record, what has been

4        marked as Zenkus Exhibit Number 3 is a one-page

5        but two-sided document Bates labeled 6015

6        through 6016.

7        Q.   Mr. Zenkus, can you identify this document

8    as your employment application for the Sanctuary

9    Project Director position?

10           MR. CLARK:  Just for the record, it's also

11       a document that is covered by the

12       confidentiality agreement in place in the case.

13           MS. WONG:  That's fine, but the

14       confidentiality agreement states that it can be

15       shown to the recipient.

16           MR. CLARK:  I understand.  I just want it

17       noted for the record so whoever reads the

18       transcript knows that any testimony regarding

19       it is covered by the agreement.

20       Q.   Do you need the question read back to you?

21       A.   If the question is do I recognize it as my

22   employment application, yes, I recognize it as that.

23       Q.   If you turn it over to the second side of

24   this page, is that your signature at the bottom?

25       A.   Yes.

                    Zenkus 7/12/06

29

1                    Zenkus              29

2       Q.   And it is dated November 20, 2002,

3   correct?

4       A.   Yes.

5       Q.   You can set this document aside for the

6   time being.

7            When you started working at the Sanctuary

8   Project as a Director, you were 38 years old at the

9   time; is that correct?

10      A.   2002, yes, yeah.

11      Q.   Is that a yes?

12      A.   Yeah.

13      Q.   What were your responsibilities as the

14  Director of the Sanctuary Project?

15      A.   Overseeing and management of the grants,

16  supervision of full-time and part-time staff, at

17  times some minor grant writing, agency PR, the daily

18  functioning of the agency, I'm sorry, of the

19  project, whatever else they asked me to do.

20      Q.   When you say whatever else they asked me

21  to do, who is they?

22      A.   My supervisors, my supervisor, Patsy

23  Hirschhorn, I'm sorry.

24      Q.   Other than Patsy Hirschhorn, did you have

25  any other supervisors?

30

1                          Zenkus                    30

2          A.   As I understood it, all of the

3     administrators on what we call the second floor of

4     the Youth Bureau, they were all superiors to any

5     project director, Maria Georgiou was over Roxanne, I

6     don't remember her last name -- Sands?  I believe

7     Janine Salgado, and Patsy Hirschhorn.  Patsy

8     Hirschhorn had oversight of Sanctuary, and I believe

9     Excel.

10         Q.   Are you saying that you also reported to

11    Maria Georgiou, Roxanne, and Janine Salgado?

12         A.   I really depends.  I did not report to

13    them regularly in a supervisory relationship.  I did

14    meet with Patsy Hirschhorn on a regular basis for

15    supervision and for, she was the person that was my

16    direct boss.

17              However, if anything ever came up that

18    Maria, Roxanne or Janine needed to speak to me

19    about, they could call and talk to me, since they

20    were administrators at a higher level than I was.

21         Q.   And Maria Georgiou was an administrator at

22    a higher level than Patsy Herschhorn?

23         A.   Yes.

24         Q.   Was Roxanne Sands an administrator at a

25    higher level than Patsy Hirschhorn?

Zenkus 7/12/06

31

```
 1                    Zenkus               31
 2          A.   My understanding is that Roxanne, Janine
 3     and Patsy were all even.   It's never been explained
 4     to me.   That's how it appeared to me.
 5          Q.   What was Roxanne Sands' position in 2002
 6     when you first joined the Sanctuary Project?
 7          A.   They were all known as Youth Services
 8     Coordinators, but I can tell you that that's
 9     probably not their exact titles.   They're town
10     employees.   I don't know what her title was.   I did
11     not report directly to her, I reported directly to
12     Patsy.
13          Q.   When you say they are town employees, can
14     you please be clear who you are referring to.
15          A.   Yes.   Janine Salgado, Patsy Hirschhorn,
16     Roxanne Sands are employees, as I understood it, of
17     the town of Huntington.
18          Q.   And you say that they are all Youth
19     Services Coordinators of sorts; who are you
20     referring to when you say they?
21          A.   Janine Salgado, Patsy Hirschhorn, Roxanne
22     Sands.
23          Q.   And when you say that Janine Salgado,
24     Patsy Hirschhorn and Roxanne Sands are town
25     employees, what do you mean by that?
```

Zenkus 7/12/06

32

1                      Zenkus                    32

2        A.    They work for the town of Huntington.

3        Q.    Are they also considered Youth Bureau

4   employees?

5            MR. CLARK:  Object to the form.  You can

6        answer to the extent you have an answer.

7        A.    I think you'd have to ask them.  I

8   actually don't understand the entire structure the

9   way it's set up.

10       Q.    But your understanding is that they work

11  for the town?

12       A.    That's my understanding.

13       Q.    Okay.  And where did you get this

14  understanding from?

15       A.    I don't know.  It's just something I knew.

16  Everyone, everyone at the Youth Bureau knew that the

17  people that were in administration were, actually, I

18  don't know.  They made the assumption that you got a

19  town job, you were paid better, you were in a union

20  and the hours might be nicer.  So that's kind of how

21  I saw it.

22       Q.    In terms of however you knew that Patsy

23  Hirschhorn, Janine Salgado and Roxanne Sands are

24  town employees, do you recall how you learned of

25  that?

Zenkus 7/12/06

33

```
 1                     Zenkus                33
 2        A.   I think, I can't say always, but I think I
 3   have known for quite some time that the people in
 4   those positions were in a union and worked for the
 5   town.
 6        Q.   What is the basis of that information; do
 7   you know?
 8        A.   No.
 9        Q.   Somehow you had that information; you
10   don't recall where you got it from, right?
11        A.   My best response is that it would be
12   common knowledge for people, my belief is that it
13   was common knowledge for people that worked
14   especially for the project that the people
15   downstairs, as we referred to them as they worked
16   for the town.
17        Q.   And these individuals who worked for the
18   town, Janine Salgado, Roxanne Sands and Patsy
19   Hirschhorn, did they run the Youth Bureau?
20        A.   Define worked.
21             MR. CLARK:  Object to the form.
22        A.   I'm confused about your question.
23        Q.   Did they manage the Youth Bureau?
24        A.   Yes.  They were responsible, each was
25   responsible for different aspects of the Youth
```

Zenkus 7/12/06

34

1                           Zenkus              34

2      Bureau and the Youth Development Research Institute,

3      which was a 501C3 that was restructured, as I

4      remember, to get grants that municipalities could

5      not get.  It's referred to as HYBYDRI, I believe, at

6      least it was when I was there.

7          Q.   Are you saying that Huntington Youth

8      Bureau Youth Research Development Institute is under

9      Youth Bureau?

10              MR. CLARK:  Object to the form.

11              THE WITNESS:  What do I do?

12              MR. CLARK:  You can answer.

13         A.   I don't recall.  I know the structure.  I

14     guess so, yeah.  They hired me and I worked for a

15     project.  The project was Sanctuary, part of Youth

16     Bureau.  Yes, they oversaw the Youth Bureau.

17     Everyone called it the Youth Bureau, no matter where

18     the funding came from, they were the name that rang,

19     the Youth Bureau.

20         Q.   You're saying they're the people; who are

21     you referring to when you say they?

22         A.   Maria Georgiou, Patsy Hirschhorn, Roxanne

23     Sands, Janine Salgado, were responsible for the

24     oversight of all projects, as I understand it, under

25     the auspices of the Youth Bureau system, including

Zenkus 7/12/06

35

                            Zenkus                    35

1

2    the project CYAs, et cetera.

3        Q.    And are you saying that the Huntington

4    Youth Bureau Youth Research Development Institute is

5    under Huntington Youth Bureau?

6        A.    Yes.

7        Q.    And what was Roxanne Sand's function?

8        A.    Training and drug and alcohol, I believe,

9    I believe.

10       Q.    When you say training, what do you mean by

11   that?

12       A.    Staff training, professional development

13   it might be called, or staff development.  I don't

14   know her job title or her job description.  That's

15   from my recollection of what she did when I was

16   there, she being Roxanne Sands.

17       Q.    Did you ever report to Roxanne Sands?

18       A.    Not officially.  I interacted with her.

19       Q.    What were your interactions with

20   Miss Sands?

21       A.    I was there for two years.  I'm not sure

22   what you want me to...

23       Q.    What were your professional interactions

24   with her?

25       A.    If I had a question or if she had a

Zenkus 7/12/06

36

```
1                        Zenkus                36

2     question, we'd speak.  She was not my direct

3     supervisor, you know.  I didn't report to her on a

4     weekly basis about the progress of my project.

5          Q.   You say Miss Sands provided staff

6     training; what kind of staff training did she

7     provide?

8          A.   Typical staff-development training for

9     workers in the Youth Bureau system on different

10    skills and different information, educational things

11    that would pertain to people in the

12    youth-and-family-services field.

13         Q.   Did you attend any of her trainings?

14         A.   I don't believe so.  As a director, as a

15    project director, no.

16         Q.   Who would attend the staff trainings that

17    she would organize?

18         A.   Anyone that wanted to go, I guess, staff,

19    more likely than not line-worker staff.  We consider

20    the people that do the direct service not

21    administrators.

22         Q.   Did you consider yourself an administrator

23    in your role as Project Director of the Sanctuary

24    Project?

25         A.   I considered myself as an administrator,
```

Zenkus 7/12/06

37

```
 1                    Zenkus              37

 2   yet my job description, if I remember it, there were

 3   some direct duties that I did.  I did some outreach

 4   as well, and I was an administrator, not exclusive.

 5         Q.    Just getting back to Miss Sands' training

 6   for staff, can you tell me some of the subject areas

 7   that she would provide training on?

 8         A.    I honestly don't recall.

 9         Q.    Do you recall what Janine Salgado's role

10   was with the Youth Bureau?

11         A.    My best recollection was that Janine

12   Salgado oversaw the CYAs, of which Youth Directions

13   and Alternatives is a project, and human resources,

14   I don't know that that was her title.

15         Q.    Any other functions that she had?

16         A.    I'm sure, but I don't know.

17         Q.    When you say that Miss Salgado had human-

18   resources functions, what do you mean by that?

19         A.    I believe that she had, you know, that

20   there was some involvement in HR policy making and

21   through her position.

22         Q.    Is Miss Salgado someone that employees

23   were to go to if they had any issues with their

24   employment?

25         A.    I don't remember.  I guess.  I don't
```

Zenkus 7/12/06

38

1                    Zenkus                    38

2    remember.

3        Q.   Going back to your responsibilities as an

4    Executive Director at Sanctuary Project, you

5    testified that -- can I finish my question -- you

6    testified that you oversaw, managed grants, you

7    supervised staff, you played a minor role in grant

8    writing, you worked on agency PR, worked on the

9    daily functioning of the project and you did

10   anything else that Patsy Hirschhorn, your

11   supervisor, asked you to do.

12       A.   Uh-huh.

13       Q.   Are there any other responsibilities other

14   than those that you had as an Executive Director at

15   Sanctuary Project from 2002 until you left your

16   employment there?

17       A.   I think that covers it.  There may have

18   been in my job description, but I have not looked at

19   that in years.

20       Q.   In terms of the responsibilities you

21   yourself carried out though, is that a complete list

22   of all the responsibilities you carried out as a

23   Project Director from December 9, 2002 until the

24   time you left?

25       A.   I did many things, met with the advisory

39

Zenkus                    39

1

2   board, interacted with school officials, I guess

3   that's community and agency PR, outreach, and some

4   interventions, depending on what was going on.

5          Q.   What do you mean by interventions?

6          A.   If a counselor was talking to a family and

7   the parent had a problem, they may come to me, to

8   me, a Project Director, if a staff person is out.  I

9   got to fill in the gaps.

10         So there were times when I took over

11  somebody's parent group because they weren't around,

12  basically, sometimes you empty the garbage, you do

13  what you need to do.  So there are probably many

14  things I did that I don't remember at this point.

15         Q.   At this point sitting here today, have you

16  now told me all your responsibilities as a Project

17  Director from December 9, 2002 until you left your

18  employment there?

19         A.   I don't know.  I don't know.  I don't know

20  that I've told you everything.  You think I ran the

21  agency, so there may have been things I did that I

22  many not be remembering.  Whatever was the daily, I

23  guess, if I say the daily operations of the agency,

24  that would cover anything, so I think that's more

25  accurate.  I just want to be accurate.

Zenkus 7/12/06

40

```
 1                          Zenkus                    40

 2          Q.   I want you to take all the time you need.

 3     I need a comprehensive list of all your

 4     responsibilities as a Project Director from

 5     December 9, 2002 until you left.  So if there are

 6     more responsibilities than you haven't testified to,

 7     please take the time to think about it and tell me

 8     now.

 9          A.   Is it helpful to go into specifics of what

10     staff supervision consisted of or is it enough for

11     me to say staff supervision?

12          Q.   You can tell me what staff supervision

13     consisted of.

14          A.   Do you need to know?

15          Q.   I will be asking you for the details about

16     that, but in terms of the responsibilities, you have

17     covered everything?

18          A.   I was responsible for the daily operations

19     of the agency, including staff supervision, agency

20     outreach, management of grants and anything that was

21     required to implement those things.

22          Q.   Have you now told me all your

23     responsibilities as a Project Director?

24          A.   I believe that covers it.

25          Q.   You worked as a Project Director for the
```

41

1                         Zenkus                41

2    Sanctuary Project from December 9, 2002 until when?

3         A.   November 2004?  November 2004.  I believe

4    I was considered an employee until then, although I

5    believe my last day was in October of 2004.  I'm

6    trying to remember the year.  If this is 2006 and I

7    was laid off a year and a half ago, that would be

8    2004.

9         Q.   When you supervised counselors, did you

10   review the counselors' case files?

11        A.   On occasion.

12        Q.   Did you review the counselors' case files

13   prior to writing up reports to the funding sources?

14        A.   Whenever necessary.

15        Q.   When would it be necessary?

16        A.   I actually don't remember the specifics

17   that were required in my reporting to funders.  In

18   other words, I don't remember what I needed to

19   check.  It may not have been case files, it might

20   have been just numbers, you know, the books that

21   tallied our numbers and sometimes case files.  I

22   don't know that case files were required to review

23   before reporting to funders, if that's what you

24   meant.

25        Q.   When you say you reviewed tallies of cases

42

1                           Zenkus                42

2    before reporting to funders, what do you mean?

3         A.   Staff would keep tallies of numbers that

4    they, clients have cases that they opened that they

5    did work with, and that's how I would be able to

6    report who we were seeing.

7         Q.   Where were the tallies kept?

8         A.   Well, notebooks, marble notebooks.

9         Q.   And each counselor had a marble notebook

10   where they logged the clients they saw; is that

11   correct?

12        A.   I think so.  I don't remember if they were

13   all separate, but yeah, they were notebooks that had

14   the numbers in them.  That's all I remember.

15        Q.   Prior to putting together a report for the

16   funders, you would review the marble notebooks to

17   see how many clients each counselor had worked with;

18   is that correct?

19        A.   That's one of the things, yeah.

20        Q.   What other documents would you review in

21   putting together your funding reports?  Take all the

22   time you need.

23        A.   I don't remember.  I feel like it must

24   have been more.  It never seemed that simple.  But I

25   really don't remember.

43

```
 1              Zenkus              43
 2       Q.   If you remember later on, you can let me
 3   know.
 4       A.   Okay, yeah.
 5       Q.   As the Project Director of the Sanctuary
 6   Project, you would need to know the funding
 7   requirements for each counselor position; is that
 8   fair to say?
 9       A.   It is fair to say.
10       Q.   Why did you choose to work at the
11   Sanctuary Project?
12       A.   Well, two reasons.  One, the word
13   "Director" was in front of my name, and I think it
14   would look good on a resume in the field of social
15   work to have administrative experience, additional
16   experience.  And the bottom line is, it was
17   substantially more money than I was making with my
18   other job, somewhere about six or seven thousand
19   more-ish, that was probably my prime motivation.
20       Q.   And why did you leave the Sanctuary
21   Project in November '04?
22       A.   Our grant was pulled.  Well, that's, can I
23   say strike that?  We were not awarded a grant.
24   Grants are for three years.  There's different
25   grants.  I was, if I remember directly, on the
```

44

1                          Zenkus               44

2       federal grants that is a three-year grant.  It

3       expired every three years.

4              The grant has to be rewritten and

5       resubmitted, and it was rejected.  So there was no

6       money.  I was laid off because they could not afford

7       to keep me.

8          Q.   Was any other position at Sanctuary

9       Project affected by the loss of this funding?

10         A.   Yes.

11         Q.   Which positions other than your own?

12         A.   I don't remember who was funded by the

13      state and who was funded by the feds.  And one

14      position was half and half.  If you have

15      information, it would probably refresh me, but I

16      don't remember which ones were.

17             You know what?  I don't remember which

18      ones.  I know it was me.  The program was gutted.  I

19      think it was about a 180 to 190,000 loss, that was

20      our main source of funding.  The way grants go, one

21      position is fully funded, another position is partly

22      funded.  A part-time secretary is fully funded.

23             It's just the formula was drawn up before

24      I got there, but yeah, there was other positions.

25      The secretary had to leave.  There was no money.  I

                          Zenkus 7/12/06

45

1                          Zenkus            45

2    think only the state funds, anybody working with

3    state funds could stay.

4         Q.    To be clear, the position that you held as

5    the Project Director was funded by federal grant; is

6    that what you said?

7         A.    As I understand it, to my best

8    recollection, I was fully covered by that federal

9    grant.  And when that ended, I was told I no longer

10   could receive paychecks, but I was welcome to stay

11   if I wanted.

12        Q.    You said they said you were welcome to

13   stay if you wanted; in what capacity?

14        A.    I was offered the opportunity to apply for

15   another position making substantially less money.

16   And it might have been part time and it was a

17   direct-service thing, but nothing I could afford to

18   take.

19        Q.    Do you recall what position that was?

20        A.    No.

21        Q.    Do you recall which project that was with?

22        A.    I think it might have been Sanctuary.  It

23   wasn't an offer either.  It was if there's an

24   opening, you can apply for it, that kind of thing,

25   but not a...

Zenkus 7/12/06

46

1                    Zenkus              46

2       Q.   Were you offered any other positions?

3       A.   No, I was not.

4       Q.   Were you ever told that if the federal

5   funding was regained that you could return as a

6   director of the project?

7       A.   I don't recall ever being told that.

8       Q.   And who had the conversation with you with

9   regards to the termination of your employment at the

10  Sanctuary Project?

11      A.   Basically I received a phone call saying

12  from the, I'm not being facetious, I knew when I got

13  the phone call from the federal contract manager

14  that when that grant was pulled, I was done.  I

15  mean, unless money could be raised or found through

16  the town, I was out.  I knew that, I just didn't

17  know when.

18           So the conversation on when I was leaving

19  and how much money was left was with Patsy

20  Hirschhorn, but I believe I knew before she did

21  because I received that phone call.  I was the first

22  to know that I was going to go.

23      Q.   Who had the conversation with you that if

24  there was an opening, you can apply for it?

25      A.   Patsy Hirschhorn mentioned to me that

47

1                        Zenkus                    47

2    there may be a direct-service position that I might

3    be interested in, if it meant the difference between

4    that and not working, but I couldn't afford to take

5    it.

6         Q.   In all the employment that you have had,

7    have you ever been asked to resign from any job?

8         A.   Yes.

9         Q.   Yes?

10        A.   Yes.

11        Q.   Which job?

12        A.   Youth Directions and Alternatives.

13        Q.   Which position?

14        A.   Street Outreach Worker.

15        Q.   When were you asked to resign?

16        A.   I guess the last month I was there.

17        Q.   Why were you asked to resign?

18        A.   My resume did not accurately reflect my

19    education.

20        Q.   When you say your resume did not

21    accurately reflect your education, was the resume

22    submitted as part of your application for the

23    street-worker position?

24        A.   Yes.

25        Q.   And what was misrepresented?

Zenkus 7/12/06

48

1                          Zenkus                48

2          A.   It indicated that I had a bachelor's in

3     social welfare before I was awarded the bachelor's.

4     I never finished the bachelor's during my employment

5     there because it wasn't required for the position.

6               And I didn't tell them, I guess, until

7     later that I still needed to get those papers done.

8     And the board asked me to leave.

9          Q.   Did you finish your answer?

10         A.   Yes.

11         Q.   Did you have to take additional courses to

12    get your bachelor's?

13         A.   I think my recollection was I needed to

14    finish my incompletes.  I had papers.  I took the

15    course work, didn't finish the papers and needed to

16    finish the papers.  I procrastinated for quite some

17    time, for years.

18         Q.   And who asked you to resign from the

19    street-outreach position at Youth Directions and

20    Alternatives?

21         A.   Who physically, verbally asked me?

22         Q.   Yes.

23         A.   Cynthia Scott.

24         Q.   What was her position?

25         A.   Director or Executive Director, I'm not

                      Zenkus 7/12/06

49

1                          Zenkus                49

2    sure how they referred to her.  She was the top

3    person at the YDA.

4       Q.   Was the basis for her asking you to leave

5    your position as Street Outreach Worker that you

6    misrepresented the qualifications in your

7    application?

8       A.   What she told me was that she brought the

9    information to the board of directors about me not

10   having the bachelor's at the time that I applied for

11   the position, with the intent of putting me on a

12   timetable to finish my papers.

13            I don't remember what the timetable was,

14   but a month, 60 days I had to finish, whatever it

15   was, I don't recall.  And the board decided that

16   they no longer wanted to employ me.

17            MS. WONG:  I'd like to have this document

18        marked as Zenkus Exhibit Number 4 and shown to

19        the witness.

20            (Zenkus Exhibit 4, document Bates stamped

21        6034 through 6037, marked for identification,

22        as of this date.)

23            MS. WONG:  For the record, what has been

24        marked as Zenkus Exhibit Number 4 is a document

25        Bates labeled 6034 through 6037.

50

1                      Zenkus                    50

2            MR. CLARK:  Also for the record, it is a

3       document that is covered by the confidentiality

4       agreement.

5            Q.   Mr. Zenkus, can you identify this document

6       as your employment application for the Street

7       Outreach Worker position at Youth Directions and

8       Alternatives?

9            A.   Street worker, yes.

10           Q.   Is that your handwriting?

11           A.   Yes.

12           Q.   Under education, specifically with regard

13      to college education, you noted Adelphi University

14      from 1982 to May 1988, correct?

15           A.   Yes.

16           Q.   And you noted that you graduated in

17      May 1988 with a bachelor's in social work, correct,

18      or BSW in social work?

19           A.   Yes.

20           Q.   Now you in fact did not graduate until

21      1992 from Adelphi University, correct?

22           A.   I believe it was '92, correct.

23           Q.   You can set this document aside for now.

24      When did you work at Harborfield High School?

25           A.   I worked for the YDA, so yes, my work took

                      Zenkus 7/12/06

51

1                    Zenkus              51

2   me there.

3        Q.   And when you worked with the Youth

4   Directions and Alternatives providing services at

5   the Harborfield High School, did you interact with

6   students?

7        A.   Yes.

8        Q.   Did you ever tell any students that you

9   were dying or had an illness?

10       A.   That I had an illness, yes.

11       Q.   Did you in fact have an illness at that

12   point?

13       A.   Yes, I believe so.

14       Q.   Why did you tell the students that you had

15   an illness?

16       A.   I believe I was anxious.

17       Q.   What was your role at that point?

18       A.   Youth worker.

19       Q.   What was your role with the students as a

20   youth worker?

21       A.   Counselor, outreach.

22       Q.   Were you providing counseling services to

23   the students at the time?

24       A.   Outreach, education, counseling, outreach

25   for programs.

52

1                           Zenkus                52

2       Q.   What specific kind of outreach were you

3   providing to the students?

4       A.   Outreach for programs going on at the

5   Youth Bureau and the YDA, drop in, whatever

6   programs.

7       Q.   Was it an informational relationship that

8   you had with the students where you provided them

9   information about the various programs available at

10  the Youth Bureau?

11      A.   Yes.

12      Q.   And you say you counseled the students; in

13  what capacity did you counsel them?

14      A.   Informal counseling, if they had a problem

15  or a question, they could come to me, referrals.

16           MS. WONG:  I'd like to have this document

17           marked as Zenkus Exhibit 5 and shown to the

18           witness.

19           (Zenkus Exhibit 5, document Bates stamped

20           6000, marked for identification, as of this

21           date.)

22           MS. WONG:  Before you show it to the

23           witness, I want to ask Mr. Zenkus a question.

24      Q.   During your employment at the Sanctuary

25  Project, were you ever reprimanded?

53

|    |                                                    |
|----|----------------------------------------------------|
| 1  | Zenkus                    53                        |
| 2  | A.    Yes.                                           |
| 3  | Q.    By whom?                                       |
| 4  | A.    Maria Gerogiou.                                |
| 5  | Q.    For what reason?                               |
| 6  | A.    Two occasions that I remember, the first      |
| 7  | being that there was no heat in the agency.  I had a |
| 8  | friend that worked for the town board.  The staff   |
| 9  | and I were very cold.  It was probably about        |
| 10 | 60 degrees or 58 degrees inside.  It was not at all |
| 11 | a workable and a pleasant atmosphere to work in.    |
| 12 | And I had let my supervisor know that               |
| 13 | everyone was freezing on the third floor.  And she  |
| 14 | said she would tell the appropriate people.  And    |
| 15 | nothing happened.  So I called my friend at the town |
| 16 | and said, we're freezing.  And she had somebody from |
| 17 | town services turn the heat on.                     |
| 18 | And Maria called me into her office and            |
| 19 | yelled at me for going over her head and said I was |
| 20 | never to do that again.                             |
| 21 | Q.    Do you recall when that incident occurred?    |
| 22 | A.    No.                                            |
| 23 | Q.    Were you written up?                           |
| 24 | A.    I was not written up for that.  She did       |
| 25 | not give me anything.  If she took notes on that, I |

54

1                          Zenkus              54

2      don't know, but I don't believe I was written up for

3      that.

4          Q.   You said there was a second time you were

5      reprimanded by Miss Georgiou; what was the second

6      time about?

7          A.   It was after I found out that I was being

8      laid off, there was a meeting with the advisory

9      board -- no, strike that -- a meeting with the Youth

10     Bureau board, I'm not sure what it was called, the

11     board of the Youth Bureau.

12              And my advisory board director, the

13     advisory border president for Sanctuary was also the

14     president of the board for the Youth Bureau, which

15     was, I don't believe, an advisory board, I believe

16     it was a board of, oh, I don't know, the board of

17     the Youth Bureau and the board of Sanctuary have the

18     same president.

19              I was scheduled to make an appearance to

20     talk about Sanctuary, if I remember correctly.  I

21     don't know what this was about.  It was something to

22     do with the board.  And she was upset that I was

23     going to a meeting.  She thought I initiated going

24     to this meeting.

25              And she came up to my office.  And I

                        Zenkus 7/12/06

55

1                    Zenkus                55

2  believe she said that I spoke with her in an

3  insubordinate way.  And she was very unhappy.  She,

4  Maria Georgiou, was unhappy with my demeanor and my

5  actions.  I don't recall the specifics.  I know she

6  was very unhappy.  She wrote me up for that.

7       Q.   How did you speak to her?

8       A.   I believe I spoke with her, I don't know,

9  I may have been angry.

10      Q.   What was the substance of the

11 conversation, if you recall?

12      A.   Maria was upset that I was going to a

13 board meeting.  It seemed I did not plan on going to

14 that board meeting.  I was waiting to hear if I

15 needed to go to the board meeting, which meant that

16 my advisory board president or Maria or somebody

17 would tell me you need to go to this meeting.

18           And Maria said, I don't remember what

19 Maria said, paraphrasing, Maria was under the

20 impression that I was urging to board members

21 outside of work and that I planned to go to this

22 meeting.

23           And my response was if I was planning to

24 go to the meeting, I would be dressed differently, I

25 would be wearing a tie.  And I was dressing very

56

```
 1                    Zenkus              56

 2   casually that day, for me.  That was my response.

 3        Q.   Is that the sum total of your interactions

 4   with her during the meeting where she found you

 5   acting in an insubordinate fashion?

 6        A.   That's all I remember.

 7        Q.   Did you go around her to talk to some

 8   board members?

 9        A.   No, because I did not need to speak to her

10   in order to speak with a board member.  I could

11   speak with any of the advisory-board members that I

12   wanted to.  And it was a small board.  There was

13   only a few people.

14        Q.   So did you talk to some of the board

15   members?

16        A.   Yeah, I talked to them regularly.

17        Q.   I'd like to show you what has been marked

18   as Zenkus Exhibit Number 5.  For the record, it is a

19   one-page document Bates labeled 6000 with a

20   confidential stamp in the upper right-hand corner.

21             Can you identify this document as a memo

22   notice from Maria Georgiou with regard to the

23   insubordinate incident that you testified to?

24        A.   Yes.

25        Q.   Does this document refresh your
```

Zenkus 7/12/06

68

```
 1                    Zenkus              68

 2     complaint of discrimination.

 3          Q.   Did you receive any complaint that you

 4     believed was about employment discrimination?

 5          A.   Not about the complaint of discrimination

 6     that I received, no.

 7          Q.   Are you aware of any complaint against the

 8     Youth Bureau related to employment discrimination?

 9          A.   This particular case I am aware of.  That

10     is the only one I'm aware of.

11          Q.   When did you become aware that

12     Miss Schmidt believed that she was being

13     discriminated against; were you still working at

14     Sanctuary Project?

15          A.   Yeah, yes.

16          Q.   When did you first become aware that

17     Miss Schmidt complained of discrimination?

18          A.   I don't remember.  After her termination I

19     remember a -- can I jump back for a second?  I'm

20     just concerned that my testimony is consistent with

21     what you need to know.

22               When you asked if I received a complaint

23     of discrimination, I took that to mean that someone

24     gave to me, someone complained to me that they were

25     complaining against the Youth Bureau.  The Youth
```

Zenkus 7/12/06

69

1                    Zenkus                69

2   Bureau did let me know and did share with me

3   documents relating to a complaint that Miss Schmidt

4   filed through a law firm, if I remember correctly,

5   out of state.  I don't know if it was a legal

6   letter.  I'm not aware exactly of what it meant, but

7   that is my recollection.

8           There was a letter that Miss Schmidt wrote

9   to Maria Georgiou, my recollection of the month and

10  the year is probably not accurate, I believe it was

11  somewhere around April.  And it involved a

12  disagreement between Miss Schmidt and I on whether

13  street outreach could be performed, should be

14  performed alone.

15          I believed in that letter that

16  Miss Schmidt referred to being treated differently

17  than other staff.  I will tell you, I know that in

18  one of these memos or letters she referred to it.

19  I'm not exactly sure which one.  I believe it was

20  the one regarding her interpretation of whether or

21  not street outreach could be done or should be done

22  alone.  And my directive was that it should be or

23  that it was okay.  So there was a disagreement.

24          Well, I'm sorry, I'm going off, stuff you

25  didn't ask.  So I remember her saying somewhere in

70

1                           Zenkus              70

2       the letter, and I believe the letter wasn't to me, I

3       believe it was to Maria Georgiou, that she was being

4       treated differently or felt that she was being

5       treated differently than other staff.

6           Q.   This letter that you are referring to that

7       Miss Schmidt had written to Miss Georgiou you say

8       was in around April; which year?

9           A.   2003, I believe, that's my guess, my best

10      estimate, I'm sorry.

11          Q.   It was during the time when Miss Schmidt

12      was still employed, correct, that she would have

13      written the letter to Miss Georgiou?

14          A.   Yes.

15          Q.   When did you first become aware of this

16      letter of April 2003 that Miss Schmidt wrote to

17      Miss Georgiou about being treated differently than

18      other staff from yourself?

19          A.   I don't remember, at some point after, I

20      really don't remember when.

21          Q.   Do you recall whether it was soon after

22      the letter was given to Miss Georgiou that you were

23      informed of such a letter?

24              MR. CLARK:   Object to the form.

25          A.   I don't remember when I was aware of it.

Zenkus 7/12/06

72

1                     Zenkus                72

2          MS. WONG:  Can you read it back.

3          (Pending question was read.)

4      A.   I don't remember any actions being taken

5    as a result of that.

6      Q.   Did Miss Georgiou talk to you about this

7    letter that Miss Schmidt had written to her in

8    around April 2003?

9      A.   I don't recall speaking to Miss Georgiou

10    about the letter.

11      Q.   And you say that you assumed, but you

12    don't recall speaking to Miss Hirschhorn about this

13    letter either, right?

14      A.   No, I accepted -- I assumed

15    Miss Hirschhorn was the person that gave me the

16    letter.  I definitely spoke with Miss Hirschhorn

17    about the letter.

18      Q.   So now you recall getting this letter from

19    Miss Hirschhorn?

20      A.   What I'm saying, no, I don't know who gave

21    me the letter.  I remember conversing with Miss

22    Hirschhorn in supervision about it.  My assumption

23    was she would be the person that gave it to me.  I

24    don't remember.  I remember speaking to her about it

25    in supervision.

Zenkus 7/12/06

74

1                          Zenkus              74

2            And then she was written up for not doing

3    it, the dispute being around whether or not it was

4    okay for a staff person to do outreach alone, is

5    that something safe or not safe.  I thought it was.

6    Her interpretation was that it was not.  She did not

7    feel that it was okay for her to do.  A memorandum

8    was written up for that.  That's my recollection.

9            Something about Marilu Kalmbach had said

10   at one point, I don't know if this is what Miss

11   Schmidt had said, that people did not have to do an

12   outreach if they felt unsafe.  I remember there

13   being a conversation about that, not exactly.

14           So when Miss Hirschhorn and I spoke about

15   it, it had to do with the content of what went on,

16   which was that I asked this employee to do

17   something.  The employee did not do it in the time

18   that I asked her to do it.

19           The conversation with Miss Hirschhorn, I

20   remember Miss Hirschhorn being -- I can't speak to

21   her emotions -- she appeared to me to be unhappy

22   with the letter and somewhat dismissive of it.  As

23   far as whether or not it meant anything in the sense

24   of it's not going to change or whether or not this

25   memorandum of warning stood in Miss Schmidt's file,

Zenkus 7/12/06

77

```
1                        Zenkus                77

2          A.   I object to the word against.  I don't

3     mean to object.  I don't mean to be a pain.

4          Q.   Let me ask you what you mean then when

5     you're referring to the memo not being removed, what

6     memo are you talking about?

7          A.   My understanding, my recollection is that

8     a memorandum of warning was placed in Miss Schmidt's

9     personnel file saying that she did not perform

10    outreach as directed.

11              My understanding also is that Miss Schmidt

12    petitioned that memorandum of warning offering an

13    explanation as to why the outreach wasn't performed

14    on that particular day and what her understanding

15    was of street outreach.

16              If I remember correctly, it's been awhile

17    since I saw that letter, that she also wanted to

18    have, this is a guess, that's all I can say, it's a

19    shady memory, that she wanted to have discussion

20    further on what street outreach was.

21              So that it wasn't, it was in addition to

22    being a petition to remove the memorandum of

23    warning.  I believe there was a call for a

24    discussion of why she made the choice that she made.

25         Q.   You earlier testified that the letter that
```

Zenkus 7/12/06

78

```
1                        Zenkus              78

2      Miss Schmidt wrote to Miss Georgiou in or around

3      2003 also concerned her statement that she was being

4      treated differently from other counselors, correct?

5           A.   Yes.

6           Q.   Okay.  Now did this issue that

7      Miss Schmidt raised about being treated differently

8      from other counselors ever get addressed between

9      yourself and Miss Hirschhorn?

10          A.   Yes.

11          Q.   What conversations if any did you have

12     about this topic?

13          A.   I shared my interpretation that I

14     definitely, absolutely treat Miss Schmidt

15     differently based on performance in the workplace

16     and my perception of what interventions needed to

17     happen with a particular staff person that I didn't

18     agree with.

19               If this is the letter, again, I'd have to

20     remind you that I don't have it in front of me, if

21     this is the letter that referred to being treated

22     differently than, I believe, younger staff, I don't

23     know if this is the one that used the word younger.

24               But now I'm remembering, there was one I

25     believe that said that before, before the lawsuit,
```

Zenkus 7/12/06

84

1                    Zenkus              84

2    some meeting of the minds.

3         My question to you is, did you consider

4    the letter that Miss Schmidt wrote to Miss Georgiou

5    as discussing her, Miss Schmidt's, complaint that

6    she was treated differently than younger counselors?

7         A.   My problem with the question is the word

8    complaint.  In this letter, as best as I can recall,

9    Miss Schmidt discussed a few things, including that

10   she felt she was treated different than other

11   younger counselors.

12          Please understand, if this is the letter

13   I'm remembering, if this is the particular letter

14   where she used that phrase, for some reason that

15   stands out in my mind, I may be paraphrasing, then I

16   don't know that I viewed it as a complaint.

17          There were things in that letter, there

18   were many things in that letter.  It addressed many

19   issues.  This seemed to be one that was mentioned,

20   that she was not believing that she was being fairly

21   treated by me.

22        Q.   You don't consider that a complaint, that

23   she's not being treated fairly as compared to

24   younger counselors?

25        A.   I don't know that it's a complaint.

Zenkus 7/12/06

90

1                    Zenkus              90

2    in November 2004; can you tell me who were the

3    counselors who worked during that time period?

4        A.   Janie Schmidt, Liz Graeve, Jennifer

5    Grosser, and a part-time parent educator,

6    technically not a counselor.

7        Q.   Just focusing on counselors.

8        A.   Yes.

9        Q.   And if you know, can you tell me the ages

10   of each of the counselors who worked at the

11   Sanctuary Project during the time that you were

12   there.

13       A.   At the time?

14       Q.   Yes.

15       A.   Liz Graeve was 25ish, I can't give you

16   specifics, I don't remember, somewhere around there,

17   and recently out of grad school, so that would be

18   right.

19            I don't know that Jennifer was 30, she may

20   have been 27, 28, 29, 30 upper 20s.  Janie I'm not

21   sure exactly, I would guess over 50, 50ish, I'm

22   pretty sure.  I don't know the exact number, but

23   ballpark, that was my remembrance.

24       Q.   At some point during your employment as a

25   Project Director at the Sanctuary Project from

91

1                        Zenkus                    91

2     December 2002 to November 2004, there were some

3     changes in counselors, correct?

4          A.   I don't know what you mean by changes in

5     counselors.

6          Q.   Did some counselors leave and some new

7     ones join the staff?

8          A.   Oh, yes.

9          Q.   Can you tell me when the changes occurred?

10         A.   Dates again?

11         Q.   During the time that you were Executive

12    Director from December 2002 to November 2004, I'm

13    asking you all the counselors who worked there.

14         A.   Got it.

15              MR. CLARK:  Object to the form.  It is

16         Project Director.

17         Q.   Project Director.

18         A.   Right.  I don't know what they called me.

19    I believe October, September, October 2003, Janie

20    Schmidt left the position, she left.  That was the

21    change.  Elizabeth Brown was hired after that, maybe

22    a month or two, maybe two months, might have been

23    December, it was within that time period, yeah.

24         Q.   Was Miss Brown the replacement for

25    Miss Schmidt?

Zenkus 7/12/06

92

1                     Zenkus                    92

2          A.   Miss Brown filled the Independent Living

3    Skills Counselor position, yes, she stepped into

4    that program.

5          Q.   How old was Miss Brown when she was hired

6    to be the Independent Living Skills Counselor at the

7    project?

8          A.   I believe in her 20s.  I don't know

9    exactly.

10         Q.   Did you hire Miss Brown?

11         A.   I interviewed Miss Brown.  As I understand

12   it, I really can't hire anybody.  Did the project

13   hire her, yes.

14         Q.   Who hired Miss Brown?

15         A.   What do you mean hired, gave her a letter

16   of hire?

17         Q.   Who extended the offer to Miss Brown?

18         A.   Oh, I extended the offer based on the, you

19   know, direction of my superior, Patsy Hirschhorn.

20         Q.   Did you recommend that Miss Brown be

21   hired?

22         A.   Yeah, I believe I did.

23         Q.   Did Miss Hirschhorn interview Miss Brown?

24         A.   Can we go back to recommend?  I was --

25         Q.   What do you mean by recommend?

Zenkus 7/12/06

111

1                          Zenkus              111

2    the counselors in a social setting outside of work?

3         A.   Yes.

4         Q.   With whom?

5         A.   Liz Brown.

6         Q.   What were the social interactions you had

7    with Miss Brown outside of work?

8         A.   What did we do?

9         Q.   Yes.

10        A.   Watched her play volleyball with some

11   friends, sometimes there might have been dinners

12   with other people, maybe going to a bar, or I

13   remember once I was playing an open-mic night and

14   she and her friend came to see us play.  So I don't

15   remember how many times specifically or anything but

16   the type of things.

17        Q.   Have you now described all the social

18   interactions that you had with Miss Brown that you

19   had outside of the work setting?

20        A.   Describing the ones I can remember.

21        Q.   Did you have any social interactions with

22   Liz Graeve outside of the work setting?

23        A.   No.

24        Q.   Did you ever invite Miss Grave to watch

25   your band perform?

Zenkus 7/12/06

112

1                          Zenkus              112

2        A.   Yes.

3        Q.   Did she ever take you up on your

4   invitation?

5        A.   I don't remember, that's why I questioned

6   the social interactions, I don't remember her ever

7   coming.  I don't think she ever did.

8        Q.   Did you ever invite Miss Graeve to go out

9   with you for drinks?

10       A.   I think there was a happy hour that I may

11  have invited her to, I don't recall.  It's possible.

12  Possible is not a good answer.  I don't remember.

13       Q.   Do you recall inviting Miss Grave to any

14  other social interaction outside of the work

15  setting?

16       A.   No.

17       Q.   Did you ever invite Jen Grosser to watch

18  your band perform?

19       A.   Yes.

20       Q.   Did she ever accept?

21       A.   No.

22       Q.   About how many times did you invite Jen

23  Grosser to watch your band perform?

24       A.   I don't know.

25       Q.   About how many times did you invite Liz

Zenkus 7/12/06

113

1                          Zenkus                113

2    Graeve to watch your band perform?

3         A.   I don't know.

4         Q.   Did you ever invite Jen Grosser to happy

5    hour with you?

6         A.   I don't remember.

7         Q.   Did you invite Jen Grosser to any other

8    social interactions?

9         A.   I don't believe so.

10        Q.   Did you ever invite Janie Schmidt to any

11   social events?

12        A.   I don't recall any.

13        Q.   Did you ever invite Miss Schmidt to listen

14   to your band perform?

15        A.   I don't remember.

16        Q.   Did you ever invite Miss Schmidt to happy

17   hour?

18        A.   I don't recall if I invited her to happy

19   hour.  I don't think we had any happy hours.  We had

20   a few.  I'm just talking to myself, which is

21   probably not okay.

22        Q.   All right.  Yes, it is very poor.

23        A.   No, I do not remember ever inviting her to

24   happy hour.  And no, I don't remember inviting her

25   to see the band play.

145

```
 1                      Zenkus              145
 2        A.   I'm not understanding that question
 3   clearly.
 4        Q.   Okay.  Is one counselor position more
 5   challenged in terms of getting clients than another
 6   counselor position?
 7             MR. CLARK:  Object to the form.
 8        A.   I don't know.  I don't know how to answer
 9   your question.
10        Q.   Do you understand my question?
11        A.   Not really.
12        Q.   Is it more challenging for the Independent
13   Living Skills Counselor versus the Runaway Counselor
14   to get clients?
15        A.   I don't know.  I don't know.
16        Q.   The way that you count the cases is based
17   on what you read off of the model book; is that
18   correct?
19        A.   The way that I counted the cases?
20        Q.   Right.
21        A.   No, that's the marble notebook is the way
22   the counselors record it, I would count from there.
23        Q.   So when you had to come up with the total
24   number of clients that were served as required by
25   the funding sources, how did you count the cases?
```

Zenkus 7/12/06

146

1                  Zenkus              146

2        A.   That's the marble notebooks of the number

3   the counselors recorded.   And if there is any

4   discrepancy, you also would count the number of

5   cases open and closed.

6             Those case files that are there

7   physically, you want to match them up, make sure

8   that they're the same.   Some would have 20 open and

9   five closed, you wrote 25 down.   You want to count

10  to make sure those things existed, so I would look

11  at those too at times.

12       Q.   Anything else you looked at in deciding

13  how many cases a counselor indeed served each year?

14       A.   I don't recall.   I don't recall anything

15  else.

16       Q.   And how did you determine how many of the

17  cases logged in the marble book were intensive

18  cases?

19       A.   The only way to do that would be by

20  looking at the case notes.

21       Q.   Looking at the case files themselves?

22       A.   And through supervision, through hearing

23  what the counselors say about the clients.

24       Q.   Did you ever provide anything in writing

25  to the counselors about what cases should be logged

Zenkus 7/12/06

159

```
 1                    Zenkus              159
 2        A.   I don't know, actually, I don't know.   I
 3   don't remember.  I'd have to see it.  I don't recall
 4   what they were.
 5        Q.   When you say it didn't change, what do you
 6   mean then?
 7        A.   I don't remember that it changed.
 8        Q.   And in terms of the requirement of the
 9   number of clients that needed to be served in 2003
10   versus the 2002, was there any change?
11        A.   I don't believe so.  However, my boss told
12   me we needed to do 62 instead of 45 because we
13   needed to make up for lost ground.
14            MS. WONG:  I'd like to have this document
15            marked as Zenkus Exhibit 10 and shown to the
16            witness.
17            (Zenkus Exhibit 10, document Bates stamped
18            1192 through 1194, marked for identification,
19            as of this date.)
20            MS. WONG:  For the record, what has been
21            marked as Zenkus Exhibit Number 10 is a
22            document Bates labeled 1192 through 1195.
23        Q.   Can you identify this document as the
24   Program Annual Report for the Independent Living
25   Skills Counselor position in 2003?
```

Zenkus 7/12/06

160

1                      Zenkus                    160

2          A.    Yes.

3          Q.    And you completed this report, correct?

4          A.    Yes.

5          Q.    And your signature is on the first page of

6     this document?

7          A.    Yes.

8          Q.    And it is dated February 2, 2004, correct?

9          A.    Yes.

10         Q.    What were the number of youths that were

11    provided intensive case-management services in 2003?

12         A.    The number of youth reported to have been

13    provided that service is 28.

14         Q.    You say reported?

15         A.    I got that from the marble notebook most

16    likely.

17         Q.    You would have verified that that is

18    indeed the case?

19         A.    Hopefully.  I don't know that I did.  I

20    should have.

21         Q.    And how many youths received Independent

22    Living Skills Training through workshops?

23         A.    147.

24         Q.    And again, here, were there any youths

25    under 16 that were served and counted as your 28?

                   Zenkus 7/12/06

161

1                      Zenkus                161

2        A.   No, not according to this.

3        Q.   Did Janie Schmidt provide intensive

4   case-management services to all 28 youths in 2003?

5        A.   I don't believe that's the case.

6        Q.   Do you recall how many of the 28 youths

7   she provided intensive case-management services to,

8   according to your report?

9        A.   No.  I remember Patsy Hirschhorn going

10  through the cases and telling me it was well below

11  28.

12       Q.   I want to direct your attention to the

13  document Bates labeled 1193 at the bottom,

14  second-to-the-last paragraph, where you talked about

15  the number of clients served by the new Independent

16  Living Skills Counselor; that is Miss Brown, right?

17       A.   I'm sorry?

18       Q.   The new Independent Living Skills

19  Counselor referred to on this document --

20       A.   Yes.

21       Q.   -- is Miss Brown, correct?

22       A.   Correct.

23       Q.   And in your report you said Miss Brown

24  served seven clients, correct?

25       A.   Yes.

Zenkus 7/12/06

162

```
 1              Zenkus              162

 2      Q.   So then Miss Schmidt served 21 clients,

 3  correct?

 4      A.   Out of that 28, yes.

 5      Q.   Again, directing your attention to the

 6  document Bates labeled 1194, you wrote again in the

 7  second paragraph, last sentence, "The Independent

 8  Living Counselor regularly attends DSS Advisory

 9  Board meetings," correct?

10      A.   Yes.

11      Q.   And again, you describe in the following

12  sentences why it is important for the Independent

13  Living Counselor to attend the DSS Advisory Board

14  meetings, right?

15      A.   No, I say these linkages are extremely

16  valuable, and I don't specifically say anything

17  about DSS in the second paragraph.

18      Q.   But these linkages referred to attending

19  DSS Advisory Board meetings, right?

20              MR. CLARK:   Objection.

21      A.   No, it refers to the whole network of

22  activities.

23      Q.   Including the DSS Advisory Board meetings,

24  right?

25      A.   No, it is not specifically about the DSS
```

Zenkus 7/12/06

163

```
1                    Zenkus              163

2    Advisory Board meetings are extremely valuable.  It

3    says DSS doesn't make or break the job, that meeting

4    doesn't.

5         Q.   Well, why did you have the Independent

6    Living Counselor regularly attend DSS Advisory Board

7    meetings; what was the importance of that?

8         A.   It had been done -- look, it looks good in

9    the grant, it makes sense.  So do a lot of other

10   things.  It's not a making or breaking kind of thing

11   and it's not what I referred to in the second

12   paragraph.

13        Q.   You can set this document aside.  Do you

14   recall what the funding requirements were for the

15   Family Social Worker position in 2003?

16        A.   No.

17        Q.   And do you recall what the funding

18   requirements were for the Runaway Social Worker

19   position in 2003?

20        A.   No.

21        Q.   In 2003 did the Family Social Worker, Jen

22   Grosser, have a difficult time getting the number of

23   clients that she needed to have?

24        A.   I do recall that being the case.

25        Q.   And you had to meet with her to talk about
```

Zenkus 7/12/06

164

```
1                    Zenkus              164

2   her low case numbers, correct?

3        A.   Actually, Patsy Hirschhorn met with her to

4   talk about her low case numbers.

5        Q.   About the need to generate cases?

6        A.   We met with supervisors on a regular

7   basis.  That was definitely one of the things that

8   would be discussed with an employee that they need

9   to bring up.

10        Q.   I don't want you to talk hypothetically.

11  Did you have any conversations with Jen Grosser

12  about her low case numbers?

13        A.   Yes.  I don't recall specifics.

14        Q.   Do you recall how many conversations?

15        A.   No.

16        Q.   Do you recall also that at one point Jen

17  Grosser requested time off and you were relucent to

18  give her time off because her numbers were so low?

19        A.   You're refreshing my memory.

20        Q.   Do you recall that?

21        A.   No, I'm not disagreeing with it, no, I

22  just don't recall.  It sounds like something I might

23  have done.

24             MS. WONG:  Mark this as Zenkus Exhibit 11,

25        please.
```

Zenkus 7/12/06

165

```
1                    Zenkus              165

2              (Zenkus Exhibit 11, document Bates stamped

3         1206 through 1210, marked for identification,

4         as of this date.)

5              MS. WONG:  For the record, what has been

6         marked as Zenkus Exhibit 11 is a document Bates

7         labeled 1206 through 1210.

8         Q.    Can you identify this document as a

9    Program Annual Report for the Family Social Worker

10   position that you prepared in 2004?

11        A.    Yes.

12        Q.    That is your signature at the bottom of

13   the first page of this document, correct?

14        A.    Correct.

15        Q.    And this is the report for the year 2003

16   for the Family Social Worker position, correct?

17        A.    Yes.

18        Q.    Now is it true that the number of youths

19   that are to receive intensive case-management

20   services is 40?

21        A.    Looks that way.

22        Q.    And the actual number of youths served in

23   2003 was 35, correct?

24        A.    Yes.  Well, that is what's written.

25        Q.    And 24 of the 35 were younger than 16
```

190

1                          Zenkus                    190

2        Q.   Where do you get the 40 from?

3        A.   Oh, I'm looking at 16 to 20, that's the

4   number I'm using.   You said youth service.

5        Q.   You don't know what kind of services the

6   40 received?

7        A.   No, not from this.

8        Q.   And you know only from this report that it

9   is noted that 31 youth received intensive

10  case-managed services, right?

11       A.   Yes.

12       Q.   You can't account for what the other nine

13  may or may not have received?

14       A.   No, not from that.

15       Q.   In any case, you didn't require Elizabeth

16  Brown to do street outreach?

17       A.   I don't recall that I did or I didn't.   I

18  don't recall her doing it.

19       Q.   Earlier you testified that your

20  professional relationship with all the counselors

21  except for Elizabeth Brown was difficult.

22       A.   Sometimes difficult, that's what I said.

23  And there were sometimes difficulties with Elizabeth

24  Brown as well.

25       Q.   Did you ever go to Janine Salgado and ask

Zenkus 7/12/06

225

| | Zenkus | 225 |

1

2  Miss Schmidt say to you that she was waiting to hear

3  back from you in terms of whether she should do

4  street outreach?

5      A.   My recollection of the conclusion of the

6  meeting seems different than hers.  I thought she

7  was supposed to do this and didn't do it and she

8  thought she was waiting for me.  And you talk about

9  the resistance, because that is what happened.

10          I don't recall that she said it.  I don't

11  recall obviously the specifics of what was said at

12  that meeting.  I know what I was thinking.  I felt

13  frustrated after that meeting, so obviously I'm not

14  telling you the word-for-word because I don't

15  remember that.

16      Q.   You testified that there was a meeting,

17  there wasn't tension, it was fun, it was pleasant.

18      A.   It wasn't hostile, but I felt frustrated

19  because I was confused as to why things weren't

20  happening the way that I had hoped they would.

21      Q.   At any point did you give her a very

22  clear, specific directive that she had to do street

23  outreach or it would be insubordination?

24      A.   I never used those words, no, I don't

25  believe I did use those words.

Zenkus 7/12/06

231

| | |
|---|---|
| 1 | Zenkus                    231 |
| 2 | 162, marked for identification, as of this |
| 3 | date.) |
| 4 | MS. WONG:  For the record, what has been |
| 5 | marked as Zenkus Exhibit 28 is a one-page |
| 6 | document Bates numbered 162. |
| 7 | Q.   Is this the evaluation that you completed |
| 8 | for Miss Schmidt in March 2003? |
| 9 | A.   It appears to be. |
| 10 | Q.   Why did you complete this evaluation? |
| 11 | A.   I don't know, part of my job duties. |
| 12 | Q.   Did you ever give this to Miss Schmidt? |
| 13 | A.   I don't recall. |
| 14 | Q.   At the bottom it says, "Not given to staff |
| 15 | member yet," correct? |
| 16 | A.   It says that. |
| 17 | Q.   Do you recall that you didn't give it to |
| 18 | Miss Schmidt? |
| 19 | A.   I don't recall whether it was given to her |
| 20 | or not. |
| 21 | Q.   But this evaluation accurately reflected |
| 22 | Miss Schmidt's performance at that time, correct? |
| 23 | A.   I'm reading through it.  That's what I |
| 24 | wrote, so I guess at the time that is what I felt |
| 25 | was accurate. |

Zenkus 7/12/06

241

1                          Zenkus              241

2     right now too to that.

3          Q.   Okay.

4          A.   And I can't answer that sentence, so I

5     won't.

6          Q.   Now in terms of putting together the

7     groups, do you recall the groups that Miss Schmidt

8     put together?

9          A.   No.

10         Q.   You had a meeting on January 30th with

11    Miss Schmidt regarding your memo of January 29, '03,

12    correct?

13         A.   I don't recall those dates.

14         Q.   Let me ask it a different way:  Do you

15    recall that you gave Miss Schmidt a job-description

16    memo on January 29, 2003?

17         A.   It's one that we looked at earlier?

18         Q.   Right.

19         A.   Then yes.

20         Q.   You gave Miss Schmidt such a memo and you

21    did not give any other counselors such a memo at

22    that time, correct?

23         A.   Correct.

24         Q.   And you learned from Miss Hirschhorn that

25    Miss Schmidt went to her regarding the memo, right?

                    Zenkus 7/12/06

242

1                           Zenkus                242

2          A.    Yes.

3          Q.    When did you learn about that from

4     Miss Hirschhorn?

5          A.    I don't know.

6          Q.    Did you also learn from Miss Hirschhorn

7     that Miss Schmidt felt singled out being the only

8     one to receive such a memo?

9          A.    I don't recall hearing that.

10         Q.    Did you meet with Miss Schmidt subsequent

11    to learning from Miss Hirschhorn about

12    Miss Schmidt's complaint?

13         A.    Yes, I recall meeting with Miss Schmidt

14    about that.

15         Q.    Did you in the meeting with Miss Schmidt

16    tell her that she must speak with you before

17    speaking with your supervisor?

18         A.    I may have said that.

19         Q.    And in the meeting with Miss Schmidt, did

20    Miss Schmidt tell you that her heart was beating

21    fast?

22         A.    She said, my heart's going like this.

23         Q.    What did she do, a gesture?

24         A.    I think she did a gesture with her hand

25    after she stood up, yes.

Zenkus 7/12/06

243

```
 1                    Zenkus              243
 2        Q.   A gesture with her hand over her heart,
 3   like a palpitating gesture?  Could you describe the
 4   gesture, because a gesture is not being captured on
 5   the record right now.
 6        A.   I wouldn't say it was a palpitating
 7   gesture, hand moving back and forth like a
 8   heartbeat, like a heartbeat.  My heart was also
 9   racing at the time as well.
10        Q.   Did Miss Schmidt say she had to leave your
11   office because her heart was beating too fast?
12        A.   That's not why she initially said she had
13   to leave.
14        Q.   What did Miss Schmidt tell you in terms of
15   her heart beating fast?
16        A.   I have to, I don't know if she said I have
17   to leave the office, but she said I have to get out,
18   after I said stay, sit down, she said, my heart's
19   beating like this, she left.
20        Q.   When she left your office, was she in
21   tears?
22        A.   I don't remember that she was in tears
23   after that point.
24        Q.   Did you understand at some point that she
25   cried after leaving your office?
```

Zenkus 7/12/06

244

1                    Zenkus                    244

2        A.   I don't recall.  I recall her being upset.

3   I don't recall if she was crying.

4        Q.   And what led you to believe that she was

5   upset when she was leaving your office?

6        A.   She appeared upset to me.

7        Q.   How did she appear that seemed like she

8   was upset; can you describe what you observed that

9   made you believe that she was upset?

10       A.   I don't know if there was anything

11  specific that clued me in, except the fact that I

12  observed her being upset.  I'm sorry if that is not

13  a good specific answer.  She told me, she might have

14  said I'm upset.  It just was, oh, just that she was

15  upset.

16       Q.   And at some point did you write her up for

17  leaving your office during that meeting?

18       A.   What do you mean, write her up, put a

19  memorandum in her file?

20       Q.   Did you write anything up?

21       A.   Yes.

22       Q.   About Miss Schmidt leaving your office?

23       A.   Yes.

24       Q.   Why did you write up a memorandum about

25  Miss Schmidt leaving your office?

Zenkus 7/12/06

254

```
 1                    Zenkus              254

 2   counselors?

 3        A.   I don't remember, definitely don't

 4   remember.

 5        Q.   When was the only time you gave

 6   Miss Schmidt an evaluation?

 7        A.   Probably September of '03.

 8        Q.   How close was it to the time when she was

 9   terminated did you give her that evaluation?

10        A.   Within 30 days I guess, right, it was

11   within the month, right, it was September, so...

12             MS. WONG:  I'd like to have this marked as

13        Zenkus Exhibit 30 and shown to the witness.

14             (Zenkus Exhibit 30, document Bates stamped

15        125, marked for identification, as of this

16        date.)

17             MS. WONG:  For the record, what has been

18        marked as Zenkus Exhibit 30 is a one-page

19        document Bates labeled 125.

20        Q.   Is this the memorandum of warning that you

21   had written to Janie Schmidt regarding street

22   outreach?

23        A.   Yes.

24        Q.   Now when did you meet?  You met with

25   Miss Schmidt on April 15th regarding street
```

Zenkus 7/12/06

261

```
 1                    Zenkus              261

 2   unheard?

 3        A.   I won't specify to whether there is a

 4   basis to somebody's feelings.  I disagreed, I think

 5   that's fair to say.

 6        Q.   At some point Miss Schmidt's employment

 7   was terminated; who made the decision to terminate

 8   Miss Schmidt's employment?

 9        A.   Maria Georgiou and Patsy Hirschhorn.

10        Q.   Did you have any role in the decision to

11   terminate Miss Schmidt's employment?

12             MR. CLARK:  Object to the form.

13        A.   If my role was reporting what went on at

14   Sanctuary in my time there, but I don't know that

15   that had anything to do with her termination.  I was

16   not in a position to terminate anybody.

17        Q.   Did you suggest to either Miss Hirschhorn

18   or Miss Georgiou that Miss Schmidt's employment

19   should be terminated?

20        A.   Actually, I don't recall suggesting that.

21   What I do recall is Miss Hirschhorn, somewhere in

22   the spring of '03, suggesting that Miss Schmidt's

23   employment be terminated.  And I remember believing,

24   and I don't know that I said it, but I probably, but

25   I'm thinking I did, that I can make this work.
```

Zenkus 7/12/06

1                        Zenkus                  262

2        Q.    Do you recall why Miss Hirschhorn said in

3    spring of 2003 that Miss Schmidt's employment should

4    be terminated?

5        A.    No.   I mean, I believe generally it was

6    just about job performance.   I don't know if there

7    was a specific thing.

8        Q.    Tell me all that you can recall of the

9    conversation where you say Miss Hirschhorn had said

10   that Miss Schmidt's employment should be terminated.

11       A.    All I remember is that Miss Hirschhorn was

12   going to speak to Maria Georgiou about that and

13   wanted my opinion.   I don't remember what

14   specifically was said.   My opinion that I expressed

15   was that I think I can make this work, this being I

16   think things can get better and I think that this is

17   not something we have to do.   That was my opinion

18   and it was my hope.

19       Q.    Is that all that you recall of the

20   conversation you had with Miss Hirschhorn?

21       A.    Yes, at this point that's it.

22            MS. WONG:   Excuse me for just one moment.

23            (Discussion off the record.)

24       Q.    Were you part of the conversations

25   concerning the termination of Miss Schmidt's

                    Zenkus 7/12/06

269

```
1                    Zenkus              269

2    else, where Miss Schmidt's employment was discussed

3    or the termination of Miss Schmidt's employment was

4    discussed?

5         A.    I believe there were, but I don't recall

6    them.

7         Q.    You never provided Miss Schmidt with any

8    written warnings about her low case numbers, right?

9         A.    I don't believe that was, I remember the

10   one that had the number 62 on it, intensive case

11   management, earlier in the year.

12        Q.    My question is, did you ever provide

13   Miss Schmidt a written warning about her having low

14   case numbers?

15        A.    I don't believe that was a warning, so my

16   answer is, to the best of my recollection, no.  I

17   just, I don't believe that was a warning.  I think

18   it was a memo, not a warning.

19        Q.    You're saying that you gave Miss Schmidt a

20   memo about low case numbers; is that your testimony?

21        A.    My testimony is that I recall my

22   supervisor, Patsy Hirschhorn, giving me one, and I

23   believe I needed to share that with Miss Schmidt.  I

24   don't know if Miss Schmidt also received it.  And

25   that is where I'm getting the number 62, you have to
```

Zenkus 7/12/06

274

1                          Zenkus                    274

2      street outreach.  Just the quality of it was not,

3      you know.

4              I heard that people didn't get, there was

5      an incident with something at one of the churches

6      that she was given information, an opportunity to

7      contact, and that I was told did not happen.  So

8      that was, that speaks to quality.  That is what I

9      can remember right now.

10         Q.   What is the factual basis for your

11     concluding that Miss Schmidt's general work quality

12     was unsatisfactory?

13         A.   Quality or quantity?  I can answer

14     quality.

15         Q.   Quantity, quantity excuse me.

16         A.   The two years that I, well, it wasn't two

17     years, the time that she worked for the agency while

18     I was there and the year before, numbers were not

19     met.

20         Q.   And what is the factual basis for your

21     concluding that Miss Schmidt's ability to work with

22     coworkers was good and not excellent?

23         A.   I'm not understanding why you would ask

24     why it was good and not excellent.  It was good.

25         Q.   Were there any problems with her ability

Zenkus 7/12/06

275

1                          Zenkus                    275

2      to work with her coworkers?

3          A.    Here and there, but mostly it was good.

4      That's why I wrote good.

5          Q.    What were the problems with her working

6      with coworkers?

7          A.    Really, the only thing that I saw was when

8      I was told that she wasn't doing what she needed to

9      do with the OCFS in the beginning, only one time.  I

10     think her ability to work with coworkers was good.

11     That's why I wrote good.  I don't even know, you

12     know.

13         Q.    You never verified if indeed it was

14     Miss Schmidt's fault with regard to working with

15     Miss Brown in OCFS?

16         A.    But that is not a -- I wrote good.

17         Q.    But you never verified one way or the

18     other whether it was Miss Schmidt's fault or

19     Miss Brown's fault regarding the planning?

20         A.    I just wanted the group to --

21         Q.    Please answer my question.  Did you verify

22     who was at fault, if anyone?

23         A.    I don't know how I would have, so no.

24         Q.    What is the factual basis for concluding

25     that Miss Schmidt's initiative was unsatisfactory?

# EXHIBIT 4

```
                                                          1

 1

 2          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK
 3

 4
       --------------------------X
 5     EQUAL EMPLOYMENT          )  Civil Action No.
       OPPORTUNITY COMMISSION,   )  05CV4559 (DRH)(WDW)
 6                               )
                 Plaintiff,      )
 7                               )
          vs.                    )
 8                               )
       TOWN OF HUNTINGTON and    )
 9     HUNTINGTON YOUTH BUREAU   )
       YOUTH RESEARCH            )
10     INSTITUTE, INC.,          )
                                 )
11               Defendants.     )
       --------------------------X
12

13

14          DEPOSITION OF MARIA E. GEORGIOU

15              New York, New York

16            Friday, July 28, 2006

17

18

19

20

21

22

23

24     Reported by:

25     BETH RADABAUGH
```

2

July 28, 2006

10:00 a.m.

DEPOSITION of MARIA E. GEORGIOU,

held at the offices of EQUAL EMPLOYMENT

OPPORTUNITY COMMISSION, 33 Whitehall Street,

5th Floor, New York, New York, Pursuant to

Notice and Rule 30(b)(6), before Beth

Radabaugh, a Shorthand Reporter and Notary

Public of the State of New York.

23

Georgiou

1

2  that I oversaw.

3      Q.    And just to be clear, your title as

4  youth services coordinator, it's for which

5  organization?

6      A.    The town.

7      Q.    And as a youth services coordinator

8  were you in some way affiliated with HYBYDRII?

9      A.    I oversaw Pace, which was part of

10  HYBYDRII.  My job was to oversee contracts of

11  the institute -- of HYBYDRII.

12      Q.    After your position as youth

13  services coordinator, when did you next work

14  for either of the two defendants?

15      A.    For the town.  February 1st, 2001 I

16  became the executive director of the town's

17  Youth Bureau.

18      Q.    And who hired you for the position

19  as executive director?

20      A.    The board and Frank Petrone, the

21  supervisor of the town.

22      Q.    And is it the board and Frank

23  Petrone that you report as an executive

24  director then?

25      A.    I report to the supervisor of the

25

1        Georgiou

2      A.    Yes.

3      Q.    Can you describe to me what the

4  anti-discrimination training consisted of?

5      A.    It consisted of areas of -- I guess

6  what would be considered sexual, age

7  discrimination.  That kind of information was

8  provided and we all got I think some

9  information to take with us.

10      Q.    How long did the training last?

11      A.    For executive directors it's a full

12  day, or department heads.

13      Q.    Can you tell me what your

14  responsibilities are as an executive director?

15      A.    Yes.  My responsibilities are to

16  oversee the functions of the Town of Huntington

17  Youth Bureau.  The Town of Huntington Youth

18  Bureau provides services to at-risk families

19  and youth within the Township of Huntington and

20  we cover between Cold Spring Harbor all the way

21  to Half Hollow Hills and parts of Wheatley

22  Heights.

23          And my other responsibilities are

24  the budgeting and I report to the board.  I

25  have a youth board.  And I oversee three staff

26

1                    Georgiou

2    members and the two youth project directors and

3    one youth services coordinator.

4         Q.    Can you tell me the names of the

5    people you oversee?

6         A.    Yes.  Patsy Hirschhorn, Roxanne

7    Sands, and Janine Salgado.  And I oversee

8    fiscal.

9         Q.    What do you mean by --

10        A.    The fiscal department.  All of the

11   budgeting, all of the monies.

12        Q.    Okay.  Other than Patsy Hirschhorn,

13   Roxanne Sands, Janine Salgado --

14        A.    And the --

15        Q.    -- and the fiscal department, do you

16   supervise any other employees?

17        A.    No.

18        Q.    Was there something else you wanted

19   to add?

20        A.    Yes.  The grant analyst, Melissa

21   Aukstakalnis.

22        Q.    Can you spell that for the court

23   reporter?

24        A.    Yes, A-u-k-s-t-a-l-n-i-s.

25        Q.    This grant writer also reports to

28

Georgiou

1

2    purpose.

3            Can you describe to me the purpose

4    of HYBYDRII?

5        A.    Yes.  HYBYDRII is the not-for-profit

6    arm of the town and its purpose is to provide

7    services to the families and youth within the

8    Township of Huntington through special town-

9    wide projects.

10       Q.    And is one of the purposes of

11   HYBYDRII to serve as a subcontract agency of

12   the Town of Huntington?

13       A.    It is a subcontract agency, yes.

14       Q.    And are some of the projects under

15   HYBYDRII the Sanctuary Project and the EXCEL

16   Project?

17       A.    Yes.

18       Q.    Do you know who the Board of

19   Directors are for HYBYDRII?

20       A.    Yes.

21       Q.    Who are they?

22       A.    Frank Petrone, John Leo, Kathleen

23   Cannon, Christine Bernacky, Howard Gary, Ron

24   Daniels, and I serve as secretary.

25       Q.    Could you tell me the title of each

33

1                  Georgiou

2   executive director, correct?

3        A.    I serve as the executive director.

4   Not a separate one, no.

5        Q.    And you serve as an executive

6   director given your role as executive director

7   of the Youth Bureau?

8        A.    Yes.

9        Q.    Okay.  You oversee -- in your

10  capacity as executive director of the Youth

11  Bureau, you oversee HYBYDRII, correct?

12       A.    Yes.

13            MS. WONG:  Okay.  I would like to

14       have this marked as Georgiou Exhibit 4 and

15       shown to the witness.

16            (Exhibit Georgiou 4, document

17       entitled HYB Organizational Chart 2004, is

18       marked for identification as of this date.)

19            MS. WONG:  For the record, what has

20       been marked as Georgiou Exhibit 4 is a one-

21       page document Bates labeled 26.

22       Q.    Can you identify this as the

23  Huntington Youth Bureau Organization Chart for

24  2004?

25       A.    Yes.

53

1                    Georgiou

2    the disciplining of any HYBYDRII employees?

3         A.    No, she would not.

4         Q.    Is Ms. Salgado involved in any way

5    in the evaluation of any program directors?

6         A.    No.

7         Q.    What is Ms. Salgado's role?

8         A.    Ms. Salgado oversees the three

9    regional youth agencies, the contracts and

10   contract management for me as well as the gang

11   prevention program for the town.

12        Q.    Does Ms. Salgado have a human

13   resources type of responsibility also for the

14   Youth Bureau?

15        A.    No.

16        Q.    Is Ms. Salgado involved in any

17   employee relations type role for the

18   Youth Bureau?

19        A.    No.

20        Q.    The office that HYBYDRII operates

21   out of, is it town space?

22        A.    Yes.

23        Q.    And the HYBYDRII office is in the

24   same building as the Youth Bureau's office,

25   correct?

89

1                    Georgiou

2        Q.    Now, I want to focus now on

3    Janie Schmidt.

4        A.    Okay.

5        Q.    When did you first meet Ms. Schmidt?

6        A.    Probably 1990.  I don't know when

7    she started.  Maybe we started together.  I

8    don't know.

9        Q.    And when you say we started

10   together, you're referring to working at the

11   same time for HYBYDRII, right?

12       A.    Right.

13       Q.    Do you know how you might have met

14   Ms. Schmidt in 1990?

15       A.    Probably casually through sitting

16   together at lunch or -- that would have been

17   it.  We were all upstairs.  You know, you know

18   each other.  You talk.

19       Q.    Because you all worked in the same

20   building, right?

21       A.    Right, right.

22       Q.    And she never worked directly for

23   you, right?

24       A.    No.

25       Q.    You never directly supervised her,

georgiou 7/28/06

147

1              Georgiou

2    was giving to him as he was trying to bring the

3    project up, which was a direct order I had

4    given to Patsy when we hired him and that if I

5    took that memo out, it would really, and I

6    rarely take memos out, would really usurp the

7    authority of the direct supervisor.  So a memo

8    of warning stands.

9         Q.    So you're saying it's a very rare

10   case that a program director's memo of warning

11   would not have stood?

12        A.    That's true, but I don't get too

13   many.

14        Q.    Now, no one was present during the

15   discussion between Mr. Zenkus and Ms. Schmidt

16   concerning street outreach in April 2003,

17   right?

18        A.    As far as I know.  I can't answer

19   that.  No, I don't know.  I don't know what

20   took place upstairs.  If there were people

21   around or weren't, I don't know.

22        Q.    You don't know where the meeting

23   between Ms. Schmidt and Mr. Zenkus occurred

24   when Mr. Zenkus talked about street outreach in

25   April 2003?