UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EQUAL EMPLOYMENT OPPORTUNITY : ECF
COMMISSION, :
 :
            Plaintiff, :
 : No. 05 CV 4559 (DRH) (WDW)
       -against- :
 :
TOWN OF HUNTINGTON and :
HUNTINGTON YOUTH BUREAU : **DECLARATION OF KAM S. WONG IN**
YOUTH RESEARCH INSTITUTE, INC. : **SUPPORT OF PLAINTIFF'S MOTION** *IN*
 : *LIMINE* **TO ALLOW ENTRY OF CERTAIN**
            Defendants. : **EVIDENCE**
------------------------------------------------------------X

Kam S. Wong, Esq. declares, under penalty of perjury:

    1.    I am an attorney for the Equal Employment Opportunity Commission (EEOC), and have personal knowledge of the facts set forth in this Declaration, the source of my knowledge being the files and records maintained by EEOC in this matter.

    2.    I submit this Declaration in support of EEOC's Motion *in Limine* to allow EEOC to Enter into Evidence Janie Schmidt's Performance Evaluations and Letters and Memoranda of Commendation.

    3.    Annexed as Exhibit 1 are true and accurate copies of Janie Schmidt's Performance Appraisal for February 1997 to January 1998; Janie Schmidt's Interim Evaluation Narrative dated December 21, 1998; Janie Schmidt's Performance Appraisal for November 1, 1999 to April 30, 2000; Janie Schmidt's Six-month Performance Evaluation dated September 8, 2000; and Janie Schmidt's Performance Appraisal for November 1, 2000 to November 1, 2001. These documents were identified in the Joint Pretrial Order as EEOC Exhibits 119-123.

4. Annexed as Exhibit 2 are true and accurate copies of the complimentary letters regarding Janie Schmidt's work for Defendants identified in the Joint Pretrial Order as EEOC Exhibit 132.

5. Annexed as Exhibit 3 are true and accurate copies of Janie Schmidt's June 12, 1996 Staff Evaluation; Janie Schmidt's June 20, 1994 Staff Evaluation; and Janie Schmidt's June 21, 1993 Staff Evaluation, which EEOC seeks to add to the Joint Pretrial Order as EEOC Exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2008
       New York, New York

/S/
Kam S. Wong
Senior Trial Attorney
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th floor
New York, New York 10004
(212) 336-3703
kam.wong@eeoc.gov