November 14, 2008

<u>ELECTRONICALLY FILED</u>
Hon. Judge Denis R. Hurley
Hon. Magistrate Kathleen A. Tomlinson
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:    Equal Employment Opportunity Commission v.**
            **Town of Huntington and Huntington Youth Bureau**
            **Youth Development Research Institute, Inc.**
            **05 CV 4559 (DRH) (WDW)**

Dear Judge Hurley and Magistrate Tomlinson:

      Please be advised that the parties have settled the above-referenced matter.

      The Huntington Youth Bureau Youth Development Research Institute has executed the Stipulation and Order of Settlement and Jurisdiction and forwarded it to the EEOC for execution by it.

      A Stipulation of Discontinuance will be filed by December 1, 2008 in this matter.

                                     Very truly yours,


                                     /S/

                                JOHN J. LEO
                                Town Attorney

JJL/jb
cc:    Kam S. Wong, Sr. Trial Attorney
       James Clark, Esq.